1

Michael Little, Pro Per
10000 Cottonwood Cove Road
Little, Nevada 89046
702-245-4280
landfillalternativecorp@gmail.com

Ryan Bundy, Pro Per
361 Riverside Road
Mesquite, Nevada, 89026
(435) 701-1013
C4cforall@gmail.com

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

```
                FILED          RECEIVED
✓   
                ENTERED        SERVED ON
                COUNSEL/PARTIES OF RECORD

                SEP 0 5 2024

           CLERK US DISTRICT COURT
              DISTRICT OF NEVADA
                                    DEPUTY
```

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Michael Little,
Ryan Bundy,

      Plaintiff's

vs.

UNITED STATES OF AMERICA;
Joseph Robinette Biden; Department of
Interior; Department of Justice; Federal
Bureau of Investigation; Bureau of Land
Management; National Parks Service,
Bureau of Alcohol, Tobacco and
Firearms, DOES 1-30 and ROES
1-100,

      Defendant's

CASE NO._____

**COMPLAINT FOR:**
**DECLARATORY AND**
**INJUNCTIVE RELIEF,  A**
**CEASE-AND-DESIST ORDER**
**AND A PROTECTIVE ORDER**

**RATIFICATION AND VINDICATION**
**OF THE UNITED STATES**
**CONGRESSIONAL ACT**
**OF 1866 JUXTAPOSED AGAINST**
**THE ANTIQUITIES ACT OF 1906**

Comes now, Plaintiff's Michael Little and Ryan Bundy and allege as follows:

<u>**INTRODUCTION**</u>

1.  The following Complaint lays out the historical facts of government incompetence, apathy, corruption and fraud by both federal and State actors.

1

2:24-cv-01647-JAD-BNW

2.   This Complaint for DECLARATORY and INJUNCTIVE RELIEF, A CEASE-AND-DESIST ORDER and A PROTECTION ORDER is extraordinary in that it exposes and demonstrates systemic government malfeasance/corruption that includes longarm, stealth and intrinsic/extrinsic fraud[1]; and makes claim that the congressionally delegated authority as provided for within the ANTIQUITIES ACT OF 1906, *(See EXHIBIT 1. Antiquities Act of 1906)* pertaining to National Monuments, which may be placed upon federal *unappropriated* public land was unlawfully applied by Joseph Robinette Biden on March 23, 2023, at PRESIDENTIAL PROCLAMATION 10533 - Establishment of the *Avi Kwa Ame National Monument* **[hereinafter "MONUMENT"].** Whereas said application of THE ANTIQUITIES ACT OF 1906 is being used in violation of federal law[2], as well as in violation of the United States Constitution whereas the MONUMENT represents an overt act of federal fraud. *(See EXHIBIT 2. Presidential Proclamation 10533 - Establishment of the Avi Kwa Ame National Monument).*

3.   The ***MONUMENT*** was/is located upon a certain piece of land within the alleged designated physical boundaries of the State of Nevada where said certain piece of land is derived from within a greater parcel of land that consists of 11,530,000 acres and whereas, said greater parcel of land ceased to be federally owned *unappropriated* territorial public land on May 5, 1866. Thereinafter said greater parcel did become non-federally owned *appropriated* land designated to reside within a newly created boundary of the State of Nevada by cause of the United States Congress to wit:  THE UNITED STATES CONGRESSIONAL ACT OF 1866 (1867) THIRTY-NINTH CONGRESS Sess. 1 Ch. 71,72,73 Chap. LXXIII. *(See EXHIBIT 3. THE UNITED STATES*

---

[1]   "Fraud destroys the validity of everything into which it enters." ***Nudd v. Burrows***, 91 U.S. 426 (1875). "Fraud vitiates everything." ***Boyce v. Grundy***, 3 U.S. (Pet.) 210 (1830).
[2] Because it involves several departments of government and is interstate, it also violates the RICO Act (see 18 USC 1961, et. seq.).

2

*CONGRESSIONAL ACT OF 1866 (1867) THIRTY-NINTH CONGRESS Sess. 1 Ch. 71,72,73 Chap. LXXIII)* [**"THE ACT"**].

4.   THE ACT represents a separate and distinct stand-alone contract between the United States and the people of the State of Nevada pertaining to a specific parcel of land that was/are not lands contained, nor expressly provided for, within certain other contracts between the United States and the people of Nevada, which said contracts are identified as (1) an ACT OF CONGRESS (1864) ENABLING THE PEOPLE OF THE STATE OF NEVADA TO FORM A CONSTITUTION AND STATE GOVERNMENT (approved March 21, 1864) and (2) the CONSTITUTION OF THE STATE OF NEVADA (signed Oct. 31, 1864).  *(See* **EXHIBITS 4-5**, the NEVADA ENABLING ACT OF 1864 AND THE NEVADA STATE CONSTITUTION;  *ARTICLE 14. BOUNDARY respectively).*

5.   Therefore, said certain piece of land which has been dedicated for the purpose of the **MONUMENT** is part of this greater parcel of land (11,530,000 acres) and, therefore, is land that has been incorrectly classified as federal-*"unappropriated land"* within the alleged designated boundaries of the State of Nevada.  Said certain piece of land was and is, in fact, - *"appropriated land"* within the alleged designated boundaries of the State of Nevada as provided for within THE ACT.

6.   Therefore, said piece of appropriated land has been incorrectly classified by the Defendants as being United States *unappropriated* territorial public land and classified as land subject to the ANTIQUITIES ACT OF 1906 for the purpose of PRESIDENTIAL PROCLAMATION 10533 - Establishment of the **MONUMENT**.

7.   Therefore, because of this *deliberate* land misclassification (malversion[3]) by the Defendants and because of THE ACT, PRESIDENTIAL PROCLAMATION 10533 which established

---

[3]   This is a derivative of the word "**Malversation**," which is defined by the Miriam-Webster Dictionary as: (1) misbehavior and especially corruption in an office, trust, or commission; (2) corrupt administration

the *MONUMENT* has been placed upon privately owned *appropriated* land that does not consist of federal *unappropriated* lands that could be subject to the ANTIQUITIES ACT OF 1906.

8.   Therefore, said certain piece of alleged federal *unappropriated* public land within the alleged designated boundaries of the State of Nevada identified as the *MONUMENT* now rests upon *appropriated* privately held land. Therefore, the *MONUMENT* is an unlawful exercise of the ANTIQUITIES ACT that has been illegally and unconstitutionally placed upon lands over which the Defendants have NO authority or jurisdiction.  Therefore, the *MONUMENT* violates the sum and substance of the ANTIQUITIES ACT OF 1906.

9.   Therefore, the Defendants having been previously been put on notice, by and through a recorded legal filing in the Nevada federal district court by the Plaintiffs (See **EXHIBIT 6**; *United States Of America v. Cliven D. Bundy, Ryan C. Bundy, Ammon E. Bundy and Ryan W. Payne; Case No 2:16-16-cr-046-GMN-PAL; document _____; Motion to Dismiss in the Alternative; P. ____, ls. _____),* of the existence of THE ACT, knew or should have known that the establishment of the MONUMENT was/is an overt act of fraud being committed by Defendant Joseph Robinette Biden.  This federal monument, being an act of fraud was executed and facilitated through PRESIDENTIAL PROCLAMATION 10533 improperly, illegally, and unconstitutionally to create the MONUMENT.  This presidential proclamation now constitutes a trespass in violation of Nevada and federal law that invokes the original common law as preserved for the people in such a case at NRS 1.030 and the Ninth and Tenth Amendments, which the People so reserved.

10. The Plaintiffs, the Bundy(s), for decades have attempted to bring this matter before the courts to reveal this fraud and in this effort have been slandered, arrested, tortured and

imprisoned by the defendants for simply exposing THE TRUTH.  The Bundys' rights have never been accurately articulated and judicially presented by the people (attorneys) that were either representing them or assisting them with their fight for the truth prior to 2017.  Even then, the Bundys had to demand that their attorney set forth their legal arguments regarding THE ACT.

11. Plaintiff Michael Little provided Cliven Bundy historical documents in 2017, including a copy of THE ACT that was ultimately submitted into the Bundy case record in the form of a Motion to Dismiss or, in the Alternative.  As a result of the Nevada State governments' failure to claim land ownership upon THE ACT lands for the last 78 years (1946-2024), Little recognized this land (11,530,000 acres) to be a unique piece of property that was not legally owned by the United States (as a result of THE ACT) nor was it legally owned by the State of Nevada (as the result of 78+ years of possessory abandonment and through a multitude of party admissions) and, as such, Nevada's claim to these lands was in fact constitutionally and statutorily vacated, without any legal government ownership or jurisdiction.  As a result of this fact, Little, then filed a claim on the land (See **EXHIBIT 5-1**) so that he could legally take possession and convey the land back to the benefit of the 99% of the people for community reinvestment[4] and to stop the land from being coveted and expropriated by corrupt state and/or federal governments. Little disclosed to Cliven Bundy the state and federal fraud and the fact that the State of Nevada had statutorily abandoned the land provided for within THE ACT on or around 1946, and that Little did on December 5, 2022, legally place a claim upon THE ACT lands; which removed them

---

[4] Currently, the only investment in America or in Nevada Citizens that the Federal government is making is taking US citizens' tax dollars and giving them to foreign nationals who are illegally crossing our borders in massive numbers. Meanwhile, the social security recipients, who are struggling to exist on their monthly checks which they paid into for years, are not even a consideration. This is where we are today. This raises the question that every American needs to ask, "Is this what we get from our bought and paid for politicians that we elect?"  The same politicians that we send to represent us, who become multimillionaires while in office? While the American Misery Index (Mortgage Usuary ) exponentially expands the homeless and hopeless problem of Americans.

from the public domain so that these lands could be redistributed as compensation to the people of Nevada who have been defrauded/damaged by the state and federal government through their illegal and *ultra vires* acts. Which, said claims and public notice made by Michael Little is a historical document, date and time certain, of a holder's possessory title and land ownership transfer in a chain of title, in conformance to the law and a Constitutional guarantee to the people under the Common Law, as well as the Ninth Amendment and Tenth Amendments of the United States.

12. The Defendants have perpetrated a ***fraud*** on the court, in order to maintain a racketeering operation. This fraud by reason of which "there was, in fact, no adversary trial or decision of issue in the case; where there has never been a real contest in the trial or hearing of the case." ***Villalon v. Bowen***, 70 Nev. 456, 469, 273 P3d 409 (1954); citing ***United States v. Throckmorton***, 98 U.S. 61 (1878). Fraud has been held to exist when the unsuccessful party is kept away from the court by a false promise or compromise, **or such conduct as prevents a real trial upon the issues involved**, or any other act or omission which procures the absence of the unsuccessful party at trial. Further, it consists of fraud by the other party to the suit, which prevents the losing party either from knowing about his rights or defenses, or from having a fair opportunity of presenting them upon the trial," ***Murphy v. Murphy***, 65 Nev. 264, 271, 193 P2d 850 (1948), quoted with approval in ***Colby v. Colby***. 78 Nev. 150, 396 P2d 1019 (1962).

13. In the case of ***U.S. v. Bundy***, this fraud (land ownership) was perpetuated upon the plaintiffs (Bundys) by the federal magistrate and federal district court adhering to a set of false facts presented to the court by the federal government's representatives and argued by the Defendants.

14. The Defendants and the United States District Court, District of Nevada was informed of this legal land ownership conflict regarding THE ACT by and through Plaintiffs court filings in their criminal case of ***United States v. Bundy*** in a Motion to Dismiss in the Alternative.  The court upon consideration of THE ACT initially made a ruling denying Bundys' Motion to Dismiss citing the 1848 TREATY OF GUADALUPE HILDALGO as evidence of federal land ownership,[5] only to later set aside said ruling by circling back to previously dismissed exculpatory issues and thereafter manufactured a decision that permitted the court to sidestep the land ownership issue completely and bury THE ACT in its findings.  This position of circling back is supported by the government's own party admissions through Elizabeth O. White, Appellate Chief and Assistant U.S. Attorney, who on appeal argued that the Court had previously visited the proposition regarding the alleged misconduct of the FBI/BLM and held the exculpatory issues inconsequential.  (See **EXHIBIT 7**; Governments Opening Brief ***U.S. v. Cliven D. Bundy, et al***, Case No 18-10287; P. 20, ls. 4-6).  Ironically, Elizabeth White, in filing this appeal violated her oath of office because she knew or should have known that THE ACT lands eliminated federal jurisdiction over the Bundy's grazing their cattle on land which the federal government DOES NOT OWN!  Ms. White was complicit in the effort to negate the Congressional Act of 1866/67, as well as her efforts to secure (*i.e.*, steal) Nevada land on behalf of the 1% elite ruling class that

---

[5] Federal Judge Gloria Navaro's holding that the federal government owns THE ACT lands because they were acquired under the Treaty of Gudalupe-Hildalgo is an absurdity for two reasons: (1) It ignores THE ACT as though it was never passed into law by Congress and (2) it ignores the party admissions by the federal government that they do not own THE ACT lands as evidenced when the U.S. purchased 80 acres of land from Nevada to build Hoover Dam and also the land upon which the Lehman Caves are situate were acquired by the statutory acquiescence of the State of Nevada.  In other words, if you own land, you don't need to pay someone else for it and you don't need permission from another party to own or occupy it.  So, Judge Gloria Navaro's decision is based upon the federal government's unclean hands in making the feckless TREATY OF GUADALUPE-HILDALGO argument, which said argument ignores the facts, federal law, and the truth.  Therefore, the government's argument is an intentional misrepresentation to the Court and therefore a violation of their oath of office and a *prima facie* case of malversion.

now controls/dictates bad behavior and in Washington, D.C..  In addition to Ms. White violating

her oath of office, she violated her duty, as a prosecutor, to SEEK JUSTICE.

15. The court's final ruling to reintroduce previously discarded tangential exculpatory

issues in this case, in effect, circumvented plaintiffs filed venue/jurisdictional challenge (that of

legal land ownership) resulting in THE ACT being completely diminished and intentionally

discarded in the final ruling as is evidenced as follows: *(See* **EXHIBITS 8 & 9**, *United States v.*

*Bundy; United States District Court District of Nevada Case No. 2:16-cr-00046-GMN-PAL (D.*

*Nev. Dec. 20, 2016) Peggy A. Leen United States Magistrate Judge; Order-And-Report Of*

*Findings And Recommendations) and **United States Of America v. Cliven Bundy**; Case No. 2:16-*

*cr-46-GMN-PAL ORDER January 2017 by Gloria M. Navarro, Chief Judge United States District*

*Court, District of Nevada; respectively.*  THE ACT was filed, recorded, and presented by the

Plaintiffs in Bundy's criminal case of *United States v. Bundy* and on information and belief,

because of tangential judicial circumvention and lawfare, the conflict between THE ACT and the

decision of federal judge Gloria Navaro (Bundy's judge) citing land ownership being derived

from the Guadalupe Hidalgo Treaty remains incorrectly decided and Navarro failed to resolve the

challenged law of the case. Subsequently, Defendant's fraudulent land dealings have continued in

Nevada that now includes the theft of 506,814 additional acres of land illegally used to create the

MONUMENT (*Avi Kwa Ame*) and is the impetus of this Complaint.

16. This previous notification and "notice" of THE ACT to the Defendants by and through

the Honorable Federal District Court as having been previously described by federal prosecutors

as "the law of the case." THE ACT was presented, reviewed *de novo*, initially ruled upon and in

consideration of THE ACT re-reviewed causing the court to set aside the land ownership issue in

the courts initial ruling (ORDER) in what Plaintiffs believe to be the more substantive reason of

8

materiality [THE ACT], that the matter of *United States v. Bundy* was dismissed with prejudice by the Honorable Judge Navarro.  The Honorable Judge Navarro cited tangential exculpatory issues[6] committed by the Defendants as being improper and/or corrupt to dismiss this matter where said dismissal served to circumvent the Bundy's accurate claim that the federal government did not legally own or control these lands.  The court's lawfare maneuvering prevented the Court from having to make or enter a ruling regarding THE ACT, which would have exposed the federal government's fraud and liability.  Thus, THE ACT remains in direct conflict of Judge Gloria Navaro's decision, where Judge Gloria Navarro's decision (ORDER) effectively legislated from the bench and negated a Congressional Act of Congress.  *(See* **EXHIBIT 9.** *United States Of America v. Cliven D. Bundy, Ryan C. Bundy, Ammon E. Bundy and Ryan W. Payne; Case No 2:16-16-cr-046-GMN-PAL;* **ORDER).**

17. Subsequently, Defendants corruption and the Honorable court's final decision which made no mention of THE ACT and therefore purposely and intentionally negated the Congressional Act and served to evade the entire issue of land ownership.  Therefore, the court did not resolve plaintiffs previous Constitutional claim in *United States v. Bundy* and because of this unresolved claim it has now taken the nature of this COMPLAINT to wit: the parcel of land provided for within THE ACT is not owned by the United States with the exception of land that has been allegedly legally purchased and/or legally conveyed by a Nevada county to the United States as evidenced at Nevada Revised Statutes NRS 328.210, NRS 328.220, NRS 328.340, NRS 328.360, NRS 328.370 and NRS 328.380 *(see* **EXHIBIT 10***)* **NRS 328.210**, **NRS 328.220**, **NRS 328.340**, **NRS 328.360**, **NRS 328.370** and **NRS 328.380** where said conveyances demonstrates

---

[6]  A Violation of *Brady v. Maryland*, 373 U.S. 83, ___ S.Ct. ____ (1963), wherein the government failed to release exculpatory (meaning tending to prove the defendant's innocent).  Navarro's Order cites government corruption in the language of her final order of dismissal with prejudice.

the required legal transfer of THE ACT lands to the federal government.  History indicates that these statutes were required of the State of Nevada to effectuate them with the United States, in order that the United States would be legally recorded as the landowner in the lawful chain of title respectively.  The State of Nevada was and has been reckless regarding the legal ownership set forth in THE ACT lands beginning in 1867 (See Governor Blasdel's First Biennial Message); and then again, in 1946 when the BLM was created and lastly, by Nevada's Constitutional Amendment, in 1979 (passed in 1981), *aka*: Question No. 5. (See **EXHIBIT 11 – QUESTION NO. 5**). [7]

18. The fact that the Defendants and the Federal court were made aware by legal notice of said Congressional Act in 2017 and with this knowledge the Court chose not to include THE ACT in its final decision demonstrates extrinsic fraud and malversion by Defendants with regard to PRESIDENTIAL PROCLAMATION 10533-Establishment of the *MONUMENT* and cast a dark shadow upon the court's purpose and  proceedings regarding *U.S. v. Bundy* specifically pertaining to THE ACT.  Consequently, this dark shadow impugns the integrity of the federal judiciary as a whole, diminishes the public trust and exposes the entire *Bundy* case as a color of law, lawfare, police state inquisition conducted by the Department of Justice [DOJ] that was orchestrated by former Nevada U.S. Senator Harry Reid and complicit with the assistance of elected Nevada politicians and State law enforcement.  As a result of this Complaint, Nevada politicians will no longer continue to benefit from this fraud and the lie, they (Nevada U.S. representatives) must now decide whether to represent the people of Nevada and support this complaint, recognize THE

---

[7] This vote was grossly unconstitutional because the vote on **Question 5** allowed the inhabitants of THE ACT lands (meaning outside of the Constitutional boundaries the State of Nevada) to vote on the measure.  As the inhabitants of THE ACT lands were not within the Constitutional boundaries of the State, they had no voting right or authority on this issue.  Therefore, **Question 5** is void *ab initio* as a matter of law – no matter how you look at it.

ACT, and accept the truth or continue to promote the lie of the elite 1% ruling class in Washington, D.C. that now includes the MONUMENT.

19. Whereas this trespass by the Defendants, as to the *Bundy* case and the MONUMENT must now be corrected by this Honorable Court to maintain the integrity of the Courts' and their oaths of office to support and defend the United States Constitution and the Law of the Land; and, to resolve Plaintiff's unanswered Nevada land ownership claim exercising the Court's unspoken authority as a function of its Article III judicial power which is "the duty to maintain the supremacy of federal law."

20. Therefore, PRESIDENTIAL PROCLAMATION 10533 - Establishment of the *MONUMENT* is a federal act which is null and void, constituting trespass in violation of federal and State law, as well as a violation of the Constitution of the United States, that is a Presidential Proclamation outside its Constitutionally delegated authority under the ANTIQUITIES ACT OF 1906; and therefore, a violation of the Separation of Powers Doctrine. Whereas the President of the United States under Article 2, does not have the authority to set aside or negate Acts of Congress.

21. Whereas, the Executive Branch has been using the ANTIQUITIES ACT OF 1906 in Nevada beginning in 1922[8] to illegally overreach their lawful authority by obfuscating the legal limits of their authority of the real and/or actual land ownership in order to commit fraudulent and *ultra vires* acts.

22. Therefore, the Executive Branch, knew or should have known that the Congressionally delegated authority under the ANTIQUITIES ACT OF 1906 did not legally convey congressional authority to the executive branch exercised through PRESIDENTIAL PROCLAMATION 10533 - Establishment of the *MONUMENT*.

---

[8] With the alleged federal acquisition of the Lehman Caves located in White Pine County (Nevada).

23. Therefore, the application of the ANTIQUITIES ACT OF 1906 has been used by the Executive Branch to obfuscate legal land ownership that is easily and factually cognizable and therefore is recognized as an intentional act of malversion.

24. Defendant(s) have used a Presidential Proclamation (Presidential Executive Order), illegally, to obtain land ownership under a fraudulent pretense in violation of federal and State law and the United States Constitution.

25. This Presidential Proclamation (PRESIDENTIAL PROCLAMATION 10533 - Establishment of the *MONUMENT*) constitutes an overt violation of the Separation of Powers Doctrine by attempting to negate or dismiss a Congressional Act through Executive Action (*aka:* executive legislation amending a Congressional Act).

26. This Executive Act was intentional, deliberate, illegal and constitutes an Executive act of fraud, extrinsic fraud and constitutes malversion by the Defendants and therefore falls legitimately within the purview of the RICO ACT.

27. Therefore, as Chief Justice John Marshall explained in ***Marbury v. Madison: The courts may invalidate "an Act of Congress only if the lack of Constitutional authority to pass the act in question is clearly demonstrated."*** This, therefore, also applies to Presidential Proclamations and Presidential Executive Orders, that violates the separation of powers doctrine and countermand Congressional Acts. Even so, the executive branch cannot negate a Congressional Act only the Courts can.

28. THE ACT was created with plenary power at Article VI and is an Act of federal power woven from the fabric of the Supremacy Clause that forecloses any application of the ANTIQUITIES ACT OF 1906 for use and particularly PRESIDENTIAL PROCLAMATION 10533-

Establishment of the *MONUMENT* on land NOT OWNED by the United States, nor having exclusive jurisdiction over same.

29. Therefore, PRESIDENTIAL PROCLAMATION 10533 - Establishment of the *MONUMENT* being executed outside the required congressional delegated authority within the ANTIQUITIES ACT OF 1906 represents a clear demonstration of an Act in violation of federal law and a violation of the Constitution by way of the Supremacy Clause.  A clear violation of the Separation of Powers Doctrine constituting federal overreaching consistent with the position and courts authority described by Chief Justice John Marshall.

30. Therefore, this Honorable court has the authority and the duty to invalidate the ANTIQUITIES ACT OF 1906 for its illegal implementation and application in support of PRESIDENTIAL PROCLAMATION 10533 - Establishment of the *MONUMENT*.

31. This Honorable court, by invalidating the illegal use and unlawful application of the ANTIQUITIES ACT OF 1906 regarding this matter will effectively invalidate PRESIDENTIAL PROCLAMATION 10533 - Establishment of the *MONUMENT* and make a finding that the federal government DOES NOT OWN or have authority over the property upon which *THE MONUMENT* was established or formed.

32. Therefore, any and all federal land claim(s), that are similarly situate to PRESIDENTIAL PROCLAMATION 10533 - Establishment of the *MONUMENT* including, but not limited to, the following examples: the Lake Mead National Recreational Area (Nevada side); the Cottonwood Cove Marina; the Searchlight Airport; the Coyote Springs Master Planned Community; the Red Rock Canyon National Conservation Area; the Mount Charleston Toiyabe National Forest, and the Gold Butte National Monument (and any other dealings which are located upon lands within THE ACT); and which all have been established upon appropriated non-federal lands claimed

and owned by Michael Little and/or lands not lawfully conveyed to the United States *in due course* within the alleged designated physical boundaries of the State of Nevada. The exception to this would be military lands, which are currently not being challenged in this complaint. At all times following THE ACT of 1866-7, these lands were exclusively subject to THE ACT.  For example, The National Park Service [NPS] maintains that they have lawful authority over the Cottonwood Cove Marina area (lands specifically contained within THE ACT) through the Organic Act of August 25, 1916, ch. 408, 39 Stat 535 codified as amended and scattered in sections of 54 U.S.C. and yet this Organic Act as referred to within the NPS's lease agreement fails to cite the genesis of any legal land ownership or legal authority. Further under the Nevada Revised Statutes, the parties (being the federal government and the defrauded leasee(s)), in order to present a legal land conveyance to tenants, have failed to cite any lawful authority which exhibits legal land ownership and jurisdictional authority.  This land ownership disclosure is absent and missing from all management contracts or lease agreement(s) between the United States / the State of Nevada or the current land-owner Michael Little  with regard to THE ACT land upon which the NPS now illegally states they control and occupy.  Therefore, any NPS contracts upon THE ACT lands are a nullity and void *ab initio*.  Therefore, since these NPS contracts are all void, Michael Little is the person who has a secured interest in converting these management contracts and lease agreements to his name.

33. The fact is that the 1922 NPS *Lehman Caves,* the 1936 NPS *Boulder Dam Recreational Area*, the 1947 BLM *Lake Mead National Recreational Area* [*LMNRA*] and a multitude of other putative land deals have all been illegally established on lands [within THE ACT] not legally owned by the United States. This cited so-called Organic Act as evidenced in a LEASE agreement between the United States and Lake Mead Mohave Adventures (LMMA) as

14

presented and applied was/is, in fact, an act of fraud. *(see* **EXHIBIT 12.** *LEASE between UNITED STATES DEPARTMENT OF AMERICA UNITED STATES DEPARTMENT OF INTERIOR NATIONAL PARK SERVICE and THE LAKE MEAD MOHAVE ADVENTURES for the Premises known as COTTONWOOD COVE MARINA AND RESORT NPS Lease L-LAKE001-2023.*

## IN SUPPORT OF INTRODUCTION

34. THE ACT converted and conveyed approximately 11,530,000 acres of federal *unappropriated* public territorial land without the constitutional boundaries of the 1864 STATE OF NEVADA (AS SET FORTH IN NEVADA'S ENABLING ACT) and as memorialized at the 1864 NEVADA STATE CONSTITUTION IN ARTICLE 14. – *Boundary*, into 11,530,000 acres of *appropriated* non-federal land that was intended to geographically redefine the "constitutional" boundaries of the State of Nevada *(See* **EXHIBIT 13.** *Nevada Map)* which provides evidence that in 1866 by means of a United States Congressional Act [THE ACT], that the State of Nevada Legislature accepted by voice vote said 11,530,000 acres at which time said 11,530,000 acres ceased to be legally owned or subject to the jurisdiction of the federal government.

35. THE ACT being an Act of Congress with plenary power as provided for at Article VI, paragraph 2 of the United States Constitution, where "plenary power" is to mean the Supremacy Clause. *(See* **EXHIBIT 14,** *United States Constitution Article VI, paragraph 2)*

36. The 1864 Nevada State Constitution establishes State Sovereignty that includes certain lands within the boundary of the State of Nevada without the Nevada Disclaimer Clause **Sec 4. Third Authorization to form a constitution and state government; limitations.** as provided for and contained within the NEVADA ENABLING ACT of 1864.

37. Whereas, State Sovereignty forecloses the United States from all federal government land ownership claims, interests, and rights without a recorded chain of legal land title regarding the land provided for within THE ACT, without due course of law.

38. In *Heath v. Alabama*, 474 U.S. 82, 106 S.Ct. 433, 88 L.Ed.2d 387 (1985), which states as follows:

. . . the states are separate sovereigns with respect to the federal government.

The United States Supreme Court in *American Banana Co. v. U.S. Fruit*, 213 U.S. 347 at 357-58, 29 S.Ct. 511 (1909), has made it perfectly clear that the Legislative authority of the federal government is NOT in a State. In *American Banana Co.*, the court stated succinctly, "**All [federal] legislation is *prima facie* territorial**." What exactly does this mean? In *U.S. v. Spelar*, 338 U.S. 217, 222, 70 S.Ct. 10 (1949) this was explained as follows (See head note 6):

> There is a cannon of legislative construction which teaches Congress that, <u>unless a contrary intent appears</u> **(legislation) is meant to apply only within territorial jurisdiction of the United States**. (emphasis added)

What is the territorial jurisdiction of the United States? This is answered in the decision in *Caha v. U.S.*, 152 U.S. 211, 14 S.Ct. 513 (1894), where the United States Supreme Court stated,

> "**The laws of Congress** in respect to those matters do not extend into the territorial limits of the States, but **have force only in the District of Columbia, and other places that are within the *exclusive* jurisdiction of the national government**."

Special attention should be paid to the words used in *Caha* and those words are *"exclusive jurisdiction."* Does the Federal government have exclusive jurisdiction within the boundaries of a State?

It is a *fortiori* that the Federal government has **NO Police Powers** in a State. **Police powers are reserved *exclusively* to the States**. This is made absolutely and abundantly clear in the following decision,

**The police power is vested in the States and not the federal government**. *See Wilkerson v. Rahrer*, 140 U.S. 545, 554, 11 S.Ct. 865, 866 (1891) (the police power "**is a power originally and always belonging to the States, not surrendered to them by the general government, nor directly restrained by the constitution of the United States, and essentially exclusive.**"); *Union National Bank v. Brown*, 101 Ky. 354, 41 S.W. 273 (1897); *John Woods &Sons v. Carl*, 75 Ark. 328, 87 S.W. 621, 623 (1905); *Southern Express Co. v. Whittle*, 194 Ala. 406, 69 So.2d 652, 655 (1915); *Shealey v. Southern Ry. Co.*, 127 S.C. 15, 120 S.E. 561, 562 (1924) ("**The police power under the American constitutional system has been left to the states**.  It has always belonged to them and was not surrendered by them to the general government, nor directly restrained by the constitution of the United States Y **Congress has no general power to enact police regulations operative within the territorial limits of a state.**"); and *McInerney v. Ervin*, 46 So.2d 458, 463 (Fla. 1950).

Where then can the Federal government exercise police powers?  In *Berman v. Parker*, 348 U.S. 26, 31, 75 S.Ct. 98, 102 (1954); and *Cincinnati Soap Co. v. United States*, 301 U.S. 308, 317, 57 S.Ct. 764, 768(1937), the Courts stated,

**Within the territories and possessions of the United States**, the federal government possesses power similar to that of a State legislature;

This means that the United States Congress has police powers within Washington, D.C. (a territory), Puerto Rico (a territory), Guam (a territory), the American Virgin Islands (a territory) and American Samoa (yet another Territory). Congress also has police powers on military bases and **other possessions**, such as U.S. embassies in foreign countries. The United States Supreme Court has been consistently clear that the police powers are vested in the States only, not the federal government.

The Plaintiffs now find it necessary to address the use of *federal police power* in this complaint because they have witnessed the naked aggression of federal authorities in the unauthorized exercise of police powers without the jurisdictional boundaries of the federal government, where these police powers (executed by a collective of administratively created state and private constabulary forces) were clearly on open display (in Bunkerville, Nevada) to exhibit

extreme measures in enforcing what "they" *believed* to be the law; *e.g.*, government agents were witnessed slamming to the ground Cliven Bundy's 57 year old sister, who was recovering from throat cancer, while exercising her 1st Amendment Right on ***non-federal*** land.  Government agents employed snipers[9] (with the color of law authority to kill those that supported the Bundys in the exercise of their Constitutional Rights), that included tazing individuals, employing attack dogs and brandished weapons (pointed at citizens), constituting an assault which was an act purposely intended to provoke a weaponized defensive response from the citizens.    The government also conducted measures in which government agents employed military drones to conduct reconnaissance in which they labeled these Americans as a 2nd Amendment Militia. The government operating under the color of law[10] of which the Court stated that the actions of the assembly of Americans did not present the slightest offense to the court in Bundys' cases and subsequently the court dismissed the Bundy cases because the Federal Court was alleged to have been incensed that government agents (human resources) were inserted into the Bundy ranch as spies and "provocateurs" (as was done on January 6, 2020 in Washington D.C.) in an attempt to agitate and inflame what the government now labels as  the " 2nd  Amendment militia," a euphemism for "domestic terrorist," and used this term (domestic terrorist) for the intended purpose of influencing and inflaming public opinion against the Bundy's for their defiance of

---

[9] Although the NPS attempts to use the euphemism of "marksman" for what are clearly "snipers," the Plaintiffs would submit that this is the same thing as calling a "prostitute" "a woman of negotiable affection" and is simply yet another attempt to conceal the true intent of the NPS to escalate the force continuum to its penultimate objective (execution of the target).

[10] The shooting of the Bundy's cattle (private property) from helicopters and burying Bundy's cattle in a mass grave, was shocking to the conscience; in that, the destruction of the Bundy's property was committed by an NGO who was paid by the Federal Government to destroy private property without compensating the Bundys. Clearly a taking under the United Constitution. The federal government engaged in a contract with the company/person(s) that killed the cattle and a livestock company to process and sell the meat.  However, when the cattle were shot from the helicopter and then buried  the BLM ceased the round up and the taxpayers were still on the hook to pay the livestock company (NGO'S) for doing "NOTHING." The genius of this government contract is demonstrative of the totalitarian and abusive mindset of Washington, D.C.  In other words, stupidity has become the rule as opposed to the exception and is rewarded continuously with congressional budget increases.

Washington, D.C.. This euphemism was intended to allow government agents justification for the use of deadly force (under their alleged subject matter jurisdiction). The government's position in particular Harry Reid in labeling individuals at the Bundy standoff as "domestic terrorist" or a rogue militia group was completely and offensively in conflict with **NRS 412.026, *et. seq.*,** which states,

> **NRS 412.026  Composition of <u>MILITIA</u>.**
> 1. The militia of the State is composed of the Nevada National Guard and, when called into active service by the Governor, reservists to the Nevada National Guard and any volunteer military organizations licensed by the Governor.
> 2. The Nevada National Guard is an organized body of enlisted personnel between the ages of 17 and 64 years and commissioned officers between the ages of 18 and 64 years, divided into the Nevada Army National Guard and the Nevada Air National Guard.
> 3. ***If a volunteer military organization is formed*** and becomes licensed by the Governor, ***it shall consist of an organized body of able-bodied residents of the State between the ages of 17 and 64 years*** who are not serving in any force of the Nevada National Guard and who are or who have declared their intention to become citizens of the United States.

It should be noted that the grammar of this statute requires the condition precedent for a volunteer organization to first (1) gather and then to (2) become organized; before it attempts to (3) obtain a license from the Governor. Only AFTER approval from the Governor can a group officially obtain the title of a "militia" under Nevada Law.[11] Until such time that the Governor officially licenses any organized volunteer group, they are simply people who are gathering under their First Amendment Right of freedom to associate and exercising their 2nd Amendment Right to keep and bear arms (which includes training and practicing with firearms). It is important to recognize that the Nevada Governor only has executive authority over land provided for within the 1864 Nevada Constitution, which means that the Governor has no authority to license a militia

---

[11] **NRS 412.010**, *et seq.*, was changed in 2013 by the Legislative Counsel Bureau [LCB] (completely eliminating the *organized* Nevada National Guard Reserve - militia) and the previous language set forth that every able bodied citizen between the ages of 17 and 64 were part of the unorganized militia. This was the traditional definition of militias in Nevada until 2013.

outside of the  Constitutional boundaries of the State of Nevada – which license is not applicable

regarding THE ACT lands.  Not one thing that the group at the Bunkerville event did should be

in any way offensive to government as it was ALL legal and sanctioned as a RIGHT inherent to

the citizens of the United States and the State of Nevada.  If the word "militia" was a word that

implied a violent overthrow of the government then the Nevada State Constitution and Statutes

would not provide for a "Militia."  A history of the term "Militia," and "Minute Men" can be

obtained from a study of the revolutionary war and the Militia Act of 1862  as being an essential

element to a "FREE STATE."  So, by implication, if militias are essential to a "FREE STATE,

then if state militias are outlawed, the State would no longer be considered a "FREE STATE."

It is a *fortiorari* the government has shown that its position in resolving situations that are

deemed contentious is to simply prosecute with lawfare, remove, kidnap or even murder for what

they perceive as the leadership (Lavoy Finicum) of any opposition group(s)/individual(s) (with

the exception of the illegal aliens and drug cartels currently invading our country).  Yet the Biden

administration has a policy that protects and rewards illegal aliens who commit a felony in

crossing our nation's boarders illegally and only seem to have a negative and aggressive policy

toward law abiding  American citizens *e.g.* (school boards and churches).  As such, the Plaintiffs

need protection from the government agents (defendants) and/or private contractors (that when

assembled represent an  unconstitutional  administrative state standing  army) who are resolved

by the collection and utilization of their badges and guns under the Color of Law to dispose of

people in body bags, if these people engage in the act of exercising their Constitutional rights to

challenge illegal government actions being committed by the defendants.  At the time of the

writing of this document federal agents executed a clandestine raid (6:00 AM) on a private citizen

in Little Rock, Arkansas that resulted in the death of Bryan Malinowski.  Mr. Malinowski was

awakened by what he believed to be burglars, armed himself, and after these federal agents kicked

in the door without announcing themselves, and having concealed their identities by putting tape

over the Ring Video monitor, Mr. Malinowski justifiably opened fired at these armed unknown

intruders and was shot in the head and killed by what was later identified as a federal agent.  Mr.

Malinowski was in fear for his/his family's lives and exercised his constitutional right to defend

himself and his wife.  It was later discovered that none of these federal agents were wearing body

cameras, so that their criminal conduct could not be documented.  This warrant could have been

executed at any other time with a simple knock on the door and the unnecessary death of Mr.

Malinowski could have been completely avoided. The criminal activities of the federal

government as evidenced with their handling of the Brian Malinowski incident shows that the

Alphabet Agencies have become nothing more than a state sponsored gang of thugs, marauders,

and murderers.   Therefore, the people now know that any target of the alphabet agencies is

presumed to be one of five options: (1) Enemies of the State, (2) armed and dangerous

insurrectionists, (3) domestic terrorists, (4) 2nd Amendment Militia members or (5)

Constitutionalist.  The people now realize that they must protect themselves from a rouge federal

government that murders innocent Americans such as Bryan Malinowski and Ashli Babbitt and

that only results in endless Congressional hearings with no punishment and no accountability.

Not a single person  deemed (1-5) are now considered citizens with Constitutional Rights, rather

targets to be eliminated.  The police state that is now primarily comprised of thugs, marauders,

and murderers simply allege that they are immune from prosecution from criminal acts including

the above forementioned murder, claiming that immunity flows from *color of law* through

administrative policies.

The proper exercise of police powers of federal government agents is not left up to the agencies to determine through policy. It is up to the courts and responsible "non-partisan" Judges. Toward this end, the Courts have been resolute, to wit:

> **Determination by the legislature of what constitutes *proper exercise of police power* is not final or conclusive but is subject to supervision by the courts**. *Meyer v. Nebraska*, 262 U.S.390, 399-400 (1923), See *Pierce v. Society of Sisters*, 268 U.S. 510 (1925)(invalidating compulsory public school attendance); *Truax v. Raich*, 239 U.S. 33, (1915)(invalidating state limitation of employment of aliens). See also *Loving v. Virginia*, 388 U.S. 1, 12 (1967); *Griswold v. Connecticut*, 381 U.S. 479 (1965); *Aptheker v. Secretary of State*, 378 U.S. 500 (1964).

Therefore, the Plaintiffs have every right to seek and obtain a ruling from this Court as to the proper exercise of this police power and to ask for protection from said illegal, unlawful and *ultra vires* exercise of the police powers of rogue federal agencies and their agents. It is then incumbent upon this Court to grant relief to the Plaintiffs in this regard as otherwise it will surely result in one or more Plaintiffs being murdered by and/or through the Defendants in Plaintiffs attempt to recover THE ACT lands and resolve this Court filing with finality.

The record is clear that the Plaintiffs have every right to request and receive protection from the Court as the federal agencies and agents involved here are exercising unlawful authority on NON-FEDERAL LANDS where federal agents HAVE NO AUTHORITY WHAT-SO-EVER. Any failure to grant the requested relief would not only be considered an abuse of discretion, it would be an erroneous Constitutional standard.

39. Historic records evidence legal due course land transfers that ultimately occurred between 1922 through 1945 when the United States did putatively purchase and/or acquire several small pieces of non-military related appropriated land from the State of Nevada that were carved out of a greater parcel of land containing 11,530,000 acres where said greater parcel of land is

identified and recorded by legal survey as to be Nevada State *appropriated* land as provided for within THE ACT.

40. These small pieces of 1922-1945 non-military related land purchases and/or land transactions represent a legal land transfer process in due course subject to Nevada law *(See* **EXHIBIT 15.** *CHAPTER 321.Sec. 7. NRS 321.7353 1.  Upon receipt of a notice of realty action from the United States concerning the purchase by the Federal Government of private land, or the exchange of public land for private land, the State Land Use Planning Agency shall give written notice of the proposed action to the governing body of each county or city affected within 1 week after its receipt of the notice.*

41. The State of Nevada, by failing to record any further putative land transfers after the time which the BLM was established in 1946, constitutes a formal and very public party admission of abandonment of the lands subject to THE ACT. Further, the State of Nevada's failure to record any land transactions after 1945 constitutes a very public abandonment of these lands (but still does not constitute a legal and proper land transfer *back to* the United States).

42. This is evidenced, recorded and memorialized by links in a chain of title at Nevada Revised Statutes **NRS 328.210, NRS 328.220, NRS 328.340, NRS 328.360, NRS 328.370** and **NRS 328.380**.

43. Nevada Revised Statutes **NRS 328.210** and **NRS 328.220** describe with specificity and clarity the United States to be the PURCHASER and not the OWNER of the land provided for within THE ACT of which a smaller  piece (80 acres) of land was carved from and then sold to the PURCHASER, to wit.

**NRS 328.210  Sale of real property authorized for site of Hoover Dam reservoir (1933).**

1.   The Board of Capitol Commissioners of the State of Nevada is hereby authorized and empowered to sell and convey the SE 1/4 of NE 1/4, the E 1/2 of SW 1/4 of NE 1/4, and the E 1/2 of NE 1/4 of SE 1/4 of section 33, T. 16 S., R. 68 E., M.D.B. & M., containing 80 acres in the county of Clark, State of Nevada, to the United States of America for the price fixed by the appraised value thereof, and which has been offered therefor by the officials of the United States Bureau of Reclamation.

2.   The net amount of money received from the sale of such land, after payment of all necessary costs of conveyance, shall be placed in the General Fund of the State.

[1:27:1933] + [2:27:1933]

**NRS 328.220   Sale of real property authorized (1941).**

1.   The Board of Control of the State of Nevada is hereby authorized and empowered to sell and convey and do all things whatsoever necessary or incident to effect the conveyance to the United States of America of the E 1/2 of the SW 1/4 of the NE 1/4; E 1/2 of the NE 1/4 of the SE 1/4; and the SE 1/4 of the NE 1/4 of section 33, T. 16 S., R. 68 E., M.D.B. & M.

2.   The title to the land shall be conveyed to the United States by deed in such form as the Attorney General shall prescribe, and shall have the Great Seal of the State of Nevada affixed by the Secretary of State.

3.   The price to be paid by the United States for the lands, as fixed and determined, is the sum of $600, which shall be deposited in the General Fund of the State.

44. Nevada Revised Statutes: NRS 328.210, NRS 328.220, NRS 328.340, NRS 328.360, NRS 328.370 and NRS 328.380, represent repeated party admissions by the United States Bureau of Reclamation by and through an agency of the United States Department of Interior that as of 1945 and before the establishment of the BLM, the United States was the land PURCHASER/RECIEVER and not the land OWNER/HOLDER of THE ACT lands, as has been fraudulently misrepresented in PRESIDENTIAL PROCLAMATION 10533 - Establishment of the *MONUMENT*.

45. Therefore, these Nevada Revised Statutes refute and disprove decades of nefarious and false pretenses, including federal district court judge Gloria Navaro's citing that THE ACT lands are legally owned by the United States because of the GUADALUPE HILDALGO TREATY. These *faux* legal arguments created by agents and/or special interest persons on behalf of and/or

subject to the United States (being the principal) and identified as the defendants to create an appearance, including collaborative/collusive federal judicial support of a United States legal fiction grounded in fraud and has been used repeatedly to intentionally obfuscate legal land ownership over said *appropriated* 11,530,000 acres of lands as provided for within THE ACT.

46. Whereas these fraudulent pretenses represent unsupported federal claims that are in conflict with actual historical facts, such as NRS 328.210 and NRS 328.220 which the federal courts have either ignored, set aside, held for naught, chosen not to rule upon or simply violate. The plaintiffs are concerned that due to corruption the federal government has morphed into a medieval kingship and feudal land holdings construct, for which the courts are now serving as a Star Chamber necessary to maintain the *status quo* under the *Color of Law*. This can only be accomplished using LAWFARE and an administrative army (force). All of this is conducted and maintained to the exclusive benefit of the One Percent Ruling Class. Nevada U.S. elected Representatives have anointed themselves to be Washington D.C. Nobility in Nevada, with Nevadans serving as serfs and being privileged to usury slavery (*i.e.*, 30-year mortgages) on the land that they once owned and that the federal government and Nevada Representatives that continually steal from the people. *e.g.* (Dina Titus H.R. 6751 the Avi Kwa Ame National Monument Act of 2022, juxtaposed against THE ACT, THE CORTEZ MAESTRO SOUTHERN NEVADA ECONOMIC AND CONSERVATION ACT 2024, again juxtaposed against THE ACT and of course the Steven Horsford H.R.8108-117th Congress 2022 that includes THE ACT lands)

47. Whereas this land ownership fraud, upon THE ACT, has been maintained, by and through erroneous arguments and repeatedly cited in numerous federal judicial cases.[12] These

---

[12] Fraud upon the court has no statute of limitations. This would apply to the Court which has also committed fraud itself. Therefore, the doctrine of laches does not apply to this complaint, because the decades of stealth fraud has been maintained as the Status Quo by the Courts themselves.

case citing's have been intentionally used by deliberately taking these cites of historical facts and law out of context where said context has been presented as being established federal *stare decisis*. All of which said acts constitute malversion.

48.   Whereas these fraudulent federal claims are being used to circumvent the legal land ownership of the land provided for within THE ACT.

49.   Therefore, these fraudulent federal claims represent "acts" of malversion in that these claims have been carefully and intentionally crafted to conceal a fraud that is being used to circumvent federal law, State's Rights, and the Rights of the Citizens of the State of Nevada by subjecting them to laws that are wholly foreign to the true facts and inapplicable. This can only be accomplished by violating the United States and the Nevada Constitutions, as well as our public servants violating their oaths of office.

50. One such example of federal fraud (constituting malversion and obfuscation by federal claim) is that "the United States has owned these 11,530,000 acres of land since 1848, when the entire parcel of land was acquired from the nation of Mexico under the 1848 TREATY OF GUADALUPE HIDALGO and has never relinquished ownership "*(See* **EXHIBIT 16.** *COMPLAINT, United States vs, Bundy; Case No 2:16-mj-00127-PAL (Document 1 Filed 02/11/16 Page 10 of 32 paragraph15, Lines 6-10 and paragraph 16, Lines 11-16)).* Nevada Revised Statures: **NRS 328.210**, **NRS 328.220**, **NRS 328.340, NRS 328.360, NRS 328.370** and **NRS 328.380** irrefutably proves this specific federal government claim to be false. Further, it completely discredits the opinion of U.S. Magistrate Peggy Leen and the ruling made by federal district judge Gloria Navaro. Not to mention the jump on the publicity band wagon and resume' appeal for public notoriety purposes of Appellate Chief and Assistant U.S. Attorney Elizebeth O. White. In other words "Self-Aggrandizement."

51. Other examples of federal malversion and obfuscation by the making of fraudulent federal claims is that the United States owns these 11,530,000 acres as provided for within THE ACT because the land conveyance was "anticipated" in: (1) the ACT OF CONGRESS (1864) ENABLING THE PEOPLE OF NEVADA TO FORM A CONSTITUTION AND STATE GOVERNMENT (approved March 21, 1864), and again at (2) the CONSTITUTION OF THE STATE OF NEVADA (signed Oct. 31, 1864). Nevada Revised Statures:  **NRS 328.210**, **NRS 328.220**, **NRS 328.340, NRS 328.360, NRS 328.370** and **NRS 328.380** again irrefutably discredits the government's "anticipation" theory of federal land ownership and show it to be an absolutely false and disingenuous legal argument.

52. It seems to reason that if the Federal government's position, which is that the parcel of land that was conveyed within the 1848 TREATY OF GUADALUPE HIDALGO containing the 11,530,000 acres of land (which is the subject of this lawsuit) which is alleged to have remained *unappropriated* federal territorial public lands owned by the United States from 1848 forward was true, that these 11,530,000 acres of land have never been relinquished (as is alleged by the United States) then there would not exist irrefutable contra veiling evidence to the contrary.  See Nevada Revised Statutes: **NRS 328.210**, **NRS 328.220**, **NRS 328.340, NRS 28.360, NRS 328.370** and **NRS 328.380**.  Each of these statutes renders the United States land [THE ACT] ownership arguments an absurdity and a falsehood.

53. These claims by the United States upon the land provided for within THE ACT are supported by half-truths and blatant lies exposed which have been completely discredited by the facts and evidence  supported through a chain of title and  record of required legal transfer which are memorialized in the Nevada Revised Statutes to wit: **NRS 328.210**, **NRS 328.220**, **NRS 328.340, NRS 328.360,  NRS 328.370** and **NRS 328.380**.  These statutes are irrefutable evidence

that the government's claims are not only false but intentionally false.  As such, this constitutes malversion.

54.  These Nevada Revised Statutes, particularly the 80-acre purchase agreement for the Hoover Dam land, establishes a SELLER/PURCHASER relationship as late as 1945 that occurred well after 1848 and 1864 regarding multiple parcels of land.  It is therefore *a fortiori* that all said pieces of land were carved out of the same parcel which the United States accepted and acknowledged (constituting a party admission) to be the land provided for within THE ACT and that all said pieces were purchased and or legally conveyed to the United States from the State of Nevada as required and recorded as per Chapter 321, Section 7, **NRS 321.7353** where said required recordings ceased after 1945.

55. It is a literal oxymoron then that the Federal government would have to purchase these parcels of land *from themselves*, and the facts are clear that they did not – they purchased and/or negotiated these parcels from the State of Nevada.

56. Therefore, beginning on May 5, 1866, through 1945 said 11,530,000 acres of land within THE ACT are recognized by the United States to be appropriated land no longer owned or belonging to the United States and therefore required these lands [THE ACT] to be purchased or otherwise acquired through a legal land transfer.  The federal genesis, presumption of fact and contravening land ownership, began in 1946 which corresponds with the establishment of the Bureau of Land Management [BLM].  Therefore, defendants have adopted and created these *faux* facts that: (1) the 1848 TREATY OF GUADALUPE HIDALGO and (2) the Act Of Congress (1864) ENABLING THE PEOPLE OF THE STATE OF NEVADA TO FORM A CONSTITUTION AND STATE GOVERNMENT (approved March 21, 1864), and (3)  the CONSTITUTION OF THE STATE OF NEVADA (signed Oct. 31, 1864) establish that the land within THE ACT somehow transferred, without

legal conveyance of said land, back to (and therefore has always belonged to) the United States and therefore is land legally owned by the United States. This created the *modus operandi* under which the government now operates, by simply applying State[13] and federal force and obfuscating the historical recorded fact(s).   Contrary to the government's fractured fairy tale, including but not limited to, the irrefutable evidence in the Nevada Revised States, the Defendants' actions constitute an intentional act of malversion to unlawfully implement the ANTIQUITIES ACT OF 1906. This can only be accomplished by ignoring and/or disregarding THE ACT.

57. Plaintiff submits that defendants *Modus operandi* and the Nevada Revised Statutes are in direct conflict with each other and as such the United States must now produce legally filed and recorded land conveyance documents in due course, time certain establishing the United States as a legal link in a chain of title after 1945 for the remaining balance of the 11,530,000 acres of land acquired, without passage through the Nevada Revised Statutes' requirements.   The United States claims to own THE ACT lands, including the land on which the MONUMENT and everything else that the Defendants currently occupy.   The United States currently claims it owns these lands, so now Plaintiff's through this complaint require Defendant's to prove it!   Proof means the production of specific land conveyance records and/or documents in a chain of title according to law and consistent with the NRS as existed between 1931 and 1945.

---

[13] The use of State resources to enforce federal law as was done by then Sheriff Lombardo (now Nevada Governor) violates several legal concepts:  (1) it violates State Sovereignty; (2) it creates a jurisdictional authority conundrum; (3) it illegally forces the State to delegate their police powers to the federal government which are non-delegable, *Public Service Co. Of Okl. v. Caddo Electric Coop, Okl.*, 479 P.2d 572, 575 (1971); finally, (4) using state agents to enforce federal law violates **18 U.S.C §912**, which defines impersonating a federal officer as,

> Officer or employee of the United States, "Whoever falsely assumes or pretends to be an officer or employee acting under the authority of the United States or any department, agency or officer thereof, and acts as such, or in such pretended character demands or obtains any money, paper, document, or thing of value, shall be fined under this title or imprisoned not more than three years, or both."

In the Bunkerville, Nevada, incident, Sheriff Joe Lombardo (now Governor of Nevada) violated all four legal concepts and went on to give perjured testimony against the Bundy family.

58. Plaintiff submits that this Honorable Court has subject matter jurisdiction over the Defendants in this complaint as the Defendants and/or the United States believes that it has a claim to the land in dispute. This complaint pursuant to *Twombly*[14] and its progeny requires the Plaintiff's to prove through substantial evidence (not theories supported with LAWFARE terms such as "anticipation" and "flexibility") to this Honorable Court that the land is not owned by the United States. This substantial evidence is provided in the Nevada Revised Statutes which provides and establishes irrefutable fact which is even superior to substantial evidence to wit: (1) Nevada Revised Statutes record a land transaction at **NRS 328.210** and **NRS 328.220** describing Nevada as the owner of a parcel of land identified as the 1867 land or THE ACT lands from which 80 acres was purchased by the United States for the construction of Hoover Dam. (2) Nevada **NRS 328.340** records a land conveyance in 1922 regarding the Lehman Caves National Monument that was mistakenly dedicated as a national monument upon THE ACT lands and that was not owned by the United States. In 1922 President Warren Harding by and through a Presidential Proclamation citing the authority of the ANTIQUITIES ACT OF 1906 unlawfully dedicated the LEHMAN CAVES NATIONAL MONUMENT that 23 years later required the application of **NRS 328.370** as a legal land transfer, under the auspice of a survey correction. A survey correction wouldn't be necessary if the United States owned **ALL** the land. (3) Nevada **NRS 328.380** exchanged lands located within THE ACT (in White Pine County) with the United States (citing the TAYLOR GRAZING ACT of 1934) in that the United States did not own certain desired 1866 Nevada lands. The requirement of *Twombly* is easily satisfied by the Nevada Revised Statutes in and of themselves.

---

[14] *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007).

59. Historic records show that in 1945 Frank W. Johnson acting as the last commissioner of the United States General Land office and later the first Director of the BLM discovered that the Nevada land of which the 1922 LEHMAN CAVES NATIONAL MONUMENT was established upon was - in fact – THE ACT land and land not owned by the United States. This discovery required a discrete post-legal land conveyance (survey correction) of title from the State of Nevada to the United States that exists as a memorialized record at **NRS 328.370**.

60. These historically recorded facts establish that the United States DID NOT own the 1866 land or the 1867 land (THE ACT) as exhibited on the Nevada Map **EXHIBIT 13,** as of 1945.

61. After 1945 the Nevada Revised Statutes have no other recorded land transactions between the State of Nevada and the United States regarding THE ACT land.  Again the year that the BLM was created.

62.  Therefore, it is *a fortiori* that the balance of said land within THE ACT  is not owned by the United States. The burden of proof regarding legal ownership of the land provided for within THE ACT requires the defendants to defeat the Nevada Revised Statutes with specificity, ***CHAPTER 321.Sec. 7. NRS 321.7353 1.   Upon receipt of a notice of realty action from the United States concerning the purchase by the Federal Government of private land, or the exchange of public land for private land, the State Land Use Planning Agency shall give written notice of the proposed action to the governing body of each county or city affected within 1 week after its receipt of the notice.***

63. Whereas, said documents and notice of realty action(s) are required to be recorded date and time certain by Nevada State Law and made public in the Nevada Revised Statutes. Plaintiff Little's land ownership and legally recorded claim forecloses any post-political

state/federal backdoor, State of Nevada to United States, land conveyances that may result from this COMPLAINT as was the case with **NRS 328.370 (Lehman Caves)**.

64. Defendant Joseph Robinette Biden in 2023 has replicated exactly what was done by President Warren G. Harding in 1922 with PRESIDENTIAL PROCLAMATION 10533 - Establishment of the ***MONUMENT.*** President Warren Harding committed his infraction in 1922 with PRESIDENTIAL PROCLAMATION 1618 Establishment of the Lehman Caves Monument (see **EXHIBIT 17**) ***PRESIDENTIAL PROCLAMATION 1618 Establishment of the LEHMAN CAVES NATIONAL MONUMENT***, of which both Harding and Biden unlawfully cited the ANTIQUITIES ACT OF 1906 to establish a National Monument on land the United States did/does not own in either instance. These are irrefutable facts.

65. Ironically, the United States has many illegal federal land deals regarding THE ACT lands that rely upon the ANTIQUITIES ACT OF 1906 to underpin federal fraud. In Nevada some of those other fraudulent deals within THE ACT are identified as Presidential Proclamation – Establishment of the BASIN AND RANGE NATIONAL MOUMENT and the GOLD BUTTE NATIONAL MONUMENT. **(see EXHIBITS 18 AND 19).**

66. Thus, the jurisdiction of this Honorable Court is that of subject matter jurisdiction over the Defendants and not venue jurisdiction over the land (*in Personam, as* opposed to *In Rem,* and subject matter jurisdiction). ". . . jurisdiction is a threshold matter in every case." See ***Steel Co. v. Citizens for a Better Environment***, 523 U.S. 83. 94-95, 118 S.Ct. 1003, 140 L.Ed.2d 210 (1998). "Subject matter jurisdiction may be challenged at any time by the parties and by the court *sue sponte*." ***Folden v. U.S.*** ,379 F.3d 1344. 1354 (Fed. Cir. 2004); See also ***Arbough v. Y & H Corp.***, 546 U.S. 500, 126 S.Ct. 1235, 163 L.Ed.2d 1097 (2006). ***Ford v. U.S.***, 101 Fed. Cl. 234 (2011). A question of jurisdiction cannot be waived. Jurisdiction should affirmatively appear,

and the question may rise at any time. *Grace v. American Central Ins. Co.*, 109 U.S. 278, 33 S.

Ct. 207, 27 L.Ed. 932 (1833); *Mansfield C & L.M. Railway Co. v. Swann,* 111 U.S. 379, 382, 4

S.Ct. 510, 28 L.Ed. 462 (1884); *Mattingly v. Northwestern Virginia railroad Co.*, 158 U.S. 53,

57, 15 S.Ct. 725, 39 L.Ed. 894 (1895). When jurisdiction is challenged, the party moved against

must controvert the challenge. Failure to do so is fatal to the opposition of the party moved

against. *Kelly v. Kelly*, 85 Nev. 317, 454 P.2d 85 (1969).

      67. The major issue here will be that of venue jurisdiction. The Plaintiffs are alleging and

averring that the United States government's claims that it owns certain vacant and unclaimed

public land within Clark County, the southern tip of Nye County and the eastern portions of

Lincoln, White Pine and Elko counties of Nevada is in error and constitutes long arm fraud.

      68. The Plaintiffs further provide the matter of *United States Of America v. Cliven D.

Bundy, Ryan C. Bundy, Ammon E. Bundy and Ryan W. Payne* EXHIBIT 9, SUPRA., *Case No

2:16-16-cr-046-GMN-PAL; (ORDER)* in which THE ACT was presented to the Nevada U.S.

District Court in a venue (land ownership) jurisdictional challenge. The court initially recognized

a legal opinion by U.S. Magistrate Peggy Leen that was contrary to THE ACT itself and the

evidence set forth in the NRS. Subsequently, upon further examination and review the court

clearly recognized that the United States did not own the land provided for within THE ACT and

alternatively made a tangential ruling to dismiss the accompanying inferior subject matter

criminal charges citing the failure of the government to produce *exculpatory evidence* regarding

the illegal acts committed by the government. Wherein, the Court issued a scathing order (after

THE ACT was provided to the Court) and drafted a final order in such a way as to make a finding

regarding evidence that was supporting self-defense because of government provocation.

69. The actions (findings) of the court represent an implied party admission by the court that the land provided for within THE ACT is land not owned by the United States and therefore THE ACT being superior law superseded the subject matter jurisdiction opinion that U.S. Magistrate Peggy Leen offered to the court stating that THE ACT represents nothing more than a "novel argument," in an attempt to negate THE ACT.

70. The Plaintiff(s) contend that they hold a superior land ownership claim as provided for within this Complaint and that if the United States is unable to produce contravening evidence of legal land ownership regarding 11, 530,000 acres that being the land provided for within THE ACT as required by Nevada State law, this Honorable court is required by law and its judicial duty to grant Plaintiff's COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, A CEASE AND DESIST ORDER AND A PROTECTIVE ORDER.

71. The granting of said Complaint will, in effect, invalidate PRESIDENTIAL PROCLAMATION 10533 - Establishment of the **MONUMENT** by invalidating the unlawful application of the ANTIQUITIES ACT OF 1906, including the application of any PUBLIC LAWS, directly or indirectly, such as with the following examples, *e.g.*, Public Law 99-565-Oct. 27, 1986 and S854 Public Land No. 100-275 (1988), and including all other unlawful past land dealings upon land provided for within THE ACT.

72. The Nevada Revised Statutes as of 1945 extinguish the several different specious land ownership claims made by the United States beginning in 1922 including a host of erroneous judicial rulings that have been cited out of context regarding the legal land ownership as was ceded by THE ACT. Previous to this case, the governments arguments set forth in the **Bundy's**

1   cases was not *stare decisis*[15] but rather law of the case.  Under the "law of the case" doctrine," a

2   court is generally precluded from reconsidering an issue that has already been decided by the

3   same court, or a higher court **in the identical case**." ***Thomas v. Bible***, 983 F.2d 152, 154 (9th

4   Cir.)(*cert. denied* 508 U.S. 951, 113 S.Ct. 2443, 124 L.Ed.2d 661 (1993). The doctrine is not a

5   limitation on a tribunal's power, but rather a guide to discretion. ***Arizona v. California***, 460 U.S.

6   605, 618, 103 S.Ct. 1382, 1391, 75 L.Ed.2d 318 (1983). A court may have discretion to depart

7   from the law of the case where: 1) the first decision was **clearly erroneous**; 2) an intervening

8   change in the law has occurred; 3) the **evidence on remand is substantially different**; 4) other

9   changed circumstances exist; or 5) a **manifest injustice would otherwise result**.  Failure to apply

10  the doctrine of the law of the case absent one of the requisite conditions constitutes an abuse of

11  discretion. ***Thomas v. Bible***, 983 F.2d at 155 (1993).  Here, Bundy was not an identical case as

12  the land being addressed was not part of the 1864 creation of the State of Nevada, it was part of

13  THE ACT (1866).  Therefore, applying the law of the case constituted the opposite and was an

14  abuse of discretion.

15      73. These federal land ownership claims (pretenses) that are cited as U.S. Magistrate

16  Peggy Leen's legal opinion in the ***Bundy*** cases speaks specifically to and addresses lands provided

17  for within THE ACT and are as follows: (1) the 1848 Treaty of Guadalupe Hidalgo; (2) the 1864

18  Nevada Enabling Act, "Disclaimer Clause;" (3) the 1864  State of Nevada Constitution;  (4)

19  federal judicial precedents in *stare decisis*; and (5) the opinion and historic inaccuracy of a book

20  authored by that of former Nevada Secretary of State (former U.S. Nevada Senator Dean Heller)

---

[15] The *stare decisis* referred to in the ***Bundy*** decision was making reference to the ***Garner*** case (107 F.3d at 1317 9th Cir) addressing lands in the 1864 lands – not the lands associated with the 1866 lands.  The Garner lands have nothing to do with the ***Bundy*** case and are inapposite.

being one in the same and the unwarranted reliance on his historical "opinion" contrary to historic facts as recorded by the Nevada Revised Statutes and THE ACT.

74. This Complaint presents that the Defendants are operating under a dark shadow (meaning unlawful) conspiracy out of Washington, D.C. (a territory which is not subject to the Constitution of the United States and is exclusively controlled by Congress through Article 4, Section 3, Clause 2 as evidence in the January 6, 2020, inquisition). Therefore, this conspiracy constitutes a criminal cartel that can/does politically weaponize the federal judiciary on demand. This *de facto* political judiciary violates the Separation of Powers Act in order to conduct federal enforcement of judicial orders obtained through said unconstitutional political direction of a legislative majority to legitimize federal force. This force can only be described as a *de facto* mercenary military special forces arm of the Federal Bureau of Investigation [FBI] exercising police powers within the exclusive jurisdiction of a state which is, in fact, the very definition of an insurrection and attack on the sovereignty of the People of Nevada. It is also called "tyranny," because the United States Supreme Court stated that, "Where the law ends, tyranny begins." See *Merritt v. Welsh*, 104 U.S. 694, 702 (1881). This comingling of Power is emblematic of a Banana Republic. This, illegal police power is used to enforce congressional acts upon non-federal enclaves such as is evidenced with THE ACT. When in fact, the United States Supreme Court in *American Banana Co. v. U.S. Fruit,* 213 U.S. 347 at 357-58 S.Ct. 511 (1909), has made it perfectly clear the Legislative authority of the federal government is NOT in a State. In *American Banana Co.,* the court stated succinctly, "All [federal legislation] is *prima facie* territorial." Therefore, unless "specifically" stated by Congress all Congressional law ONLY applies to the Territories and Possessions [including federal enclaves and military bases] of the United States.

36

75. The Defendants are able to utilize the Federal lower courts as in the Bundy case to obfuscate the true ownership of the lands within THE ACT and in doing so the courts have conveyed the appearance of *ultra vires* permission upon Federal agencies that then illegally exercise federal police powers where they have none.  Only a CEASE AND-DESIST ORDER will dissuade Defendants actions and return some semblance of integrity to the Nevada federal courts in the matter concerning the lands within THE ACT.

76. The Defendants are operating an illegal gambit that has been repeated over and over which qualifies this illegal conduct as a "criminal act" under State and federal RICO racketeering statutes that exposes an unconstitutional double standard in the federal justice system.  This double standard is recognized to be malversion through a federal governmental anarchy.  It is now incumbent for the people to bring forth a common law grand jury indictment to quash this anarchy that now exists through a "uni-party" takeover of our federal government as evidenced in the United States Senate's failure to comply with the Constitutional requirements and try the Articles of Impeachment forwarded to them by the United States Congressional House on Homeland Security Secretary Alejandro Mayorkas.[16]  Further, the DOJ refuses to prosecute the United States

---

[16] In the event that the current administration's reasons and purposes of allowing an invasion of aliens who illegally entered into the United States turns out to be for nefarious or other illegal purposes, then this would elevate their conduct from malversion to treason.  As any violation of the Constitution by a public official means that he has declared war on the Constitution.  See *Cooper v. Aaron*, 358 U.S. 1, 78 S.Ct. 1401 (1958), to wit,

"No state legislator or executive or judicial officer <u>can war against the Constitution without violating his undertaking to support it."</u> The constitutional theory is that we the people are the <u>sovereigns</u>, the state and federal officials <u>only</u> our agents." *Cooper v. Aaron*, 358 U.S. 1, 78 S.Ct. 1401 (1958).

As the Constitution is the People's document, warring against the Constitution is warring against the people, refusing to take jurisdiction where it is warranted or denying the same where it has not been described succinctly in *U.S. v. Will*, 449 U.S. 200, 216, 101 S.Ct. 471, 66 L.Ed.2d 392, 406 (1080); *Cohens v. Virginia*, 19 U.S (6 Wheat.) 264, 404, 5 L.Ed. 257 (1821), as

"We [judges] have no more right to decline the exercise of jurisdiction which is given, than to usurp that which is not given. <u>The one or the other would be *treason* to the Constitution</u>." (Emphasis added).

Therefore, the U.S. Senate has committed *treason* against the People of the United States in refusing to hear the Article of Impeachment regarding Mayorkas for his refusal to enforce federal laws regarding the border of the United

Attorney General on contempt charges filed by Congress, therefore the people can clearly see a judicial double standard.  The people are guaranteed their Constitutional prosecutorial power to impeach, whereas Congress has now been negated by other branches of government or lawfare within the same branch preventing the people in the exercise of their impeachment powers. Essentially these powers (rightfully belonging to the people) have been stolen by those that have our proxy.  This double standard in conjunction with the border crisis now requires the State and the people to do what the current federal administration and U.S. representative are refusing to do, that being to perform  their constitutional responsibilities and protect America from enemies both foreign and domestic. (domestic now means Washington D.C., Wall Street, and the ghosts of the 1%).

77. When a majority of any of the three branches of federal government are no longer able or unwilling to adhere to the constitutional requirements/boundaries, such as impeachment of the defendants or of  individuals aligned with the defendants, this unwillingness demonstrates the influence of the dark shadow government  and the precursor to moral anarchy (aka: *deep state conspiracy*).  To simply refuse to perform a lawfully required duty by refusing to conduct the trial in the case of Alejandro Mayorkas (the Secretary of Homeland Security – a cabinet seat) or refuse to prosecute Merrick Garland (U.S. Attorney General) regarding  contempt for treasonous conduct and actions committed as it relates to the border, election interference, public safety, and national security.  The citizens of the State are now legally allowed (required as an American duty) to organize armed groups in Nevada either under Nevada statutory law or the common law before seeking license from the Governor (if applicable)  pursuant to **NRS 412.010**, *et. seq.* and such a

States.  Further the DOJ has committed "Treasonous Acts" by refusing to prosecute Merrick Garland, our discredited and compromised United States Attorney.

group cannot be called or referred to as a "militia" until the Governor authorizes them to be called so. Until that time these groups lawfully exist under the Nevada Revised Statutes and the United States Constitution, under the First and Second Amendments. Any interruption of these said organizations by the Defendants shall be recognized and considered as a DECLARATION OF of WAR against the Constitution. As the Constitution belongs to the people, this then is a declaration of war on the people of the United States.

78. These illegal acts of fraud, committed by the Defendants, in the exercise of an unlawful police power within the State of Nevada, including criminal acts of physical force, violence and federal detainment (aka: *kidnapping*), the filing of superseding complaints, as well as the use of the Defendants' influence and control of the news and social media as was used to publicly humiliate and marginalize the Bundy's lawful conduct (*i.e.*, "deadbeat rancher not paying grazing fees") represent a concerted and premeditated attack. The defendants continued *Modus Operandi* must be stopped by a CEASE-AND DESIST ORDER or by the God given right and duty of the People to protect themselves and to protect the Constitution against its usurpers, that includes elected representatives and a federal judiciary whose collective conduct is clearly recognized as Marxist in utilizing thuggery, marauders and murder.

79. It is incumbent upon this Court to prevent another federal government Bunkerville or January 6, 2020, provocateur initiated event from occurring, which could result in bloodshed under the current administration as was evidenced by past administrative agencies in the unlawful and unnecessary conduct by the defendants of burning alive and the killing of 76 Branch Davidians (mostly women and children in Waco, Texas), killing Vicki Weaver & her son Samual Weaver (Ruby Ridge, Idaho), killing Ashli Babbitt (in Washington, D.C.), killing LaVoy Finicum (in Oregon), killing John McAfee (CIA suicided in Spain), killing Bryan Malinowski (Little Rock,

Arkansas) and scores of other politically motivated murders both domestic and foreign.  The Defendants are notorious in deploying and embedding human resources to conduct such unconscionable acts as were demonstrated at Bunkerville, Nevada in the persecuting of Nevada rancher Cliven Bundy, his family and other Americans in attendance for defending their rights enumerated in the State and Federal Constitutions.

80. Plaintiffs believe that defendants will initiate the same deployment and embedding of human resources that was used to instigate the January 6, 2020, Nancy Pelosi "staged event" in Washington, D.C. that ultimately included the murder of Ashli Babbit in what is now recognized as a political coup. Plaintiffs believe and have every reason to believe the same will occur again as a result of this complaint and that without a CEASE-AND-DESIST ORDER and a PROTECTIVE ORDER the Plaintiffs have no reason to expect that the defendants will not engage in this illegal police conduct that could easily re-ignite a local conflict which could spill over into another potential armed conflict between the people and the federal government. If the Courts will not protect the people, then of necessity the people must then protect themselves. In light of the current political situation with Texas, the Border and the weaponization of the justice department against Donald Trump and his supporters in a construct known as MAKE AMERICA GREAT AGAIN [MAGA],[17] it is all the more reason why this Court has a duty to provide the relief requested so that this complaint does not fan the current flames of political discord.

## VENUE AND JURISDICTION

81. This court has jurisdiction over this case under **28 USC 1331** (Federal Question); **28 USC 1346(f)** (interest in real property in which an interest is claimed by the United States);  **28**

---

[17] Joe Biden (acting as president of the United States) has declared all MAGA supporters as enemies of the United States government, this declaration now includes retaliation in the form of debanking American Citizens for exercising their political rights that disagree with acts being effectuated by Biden, that have the *prima facie* appearance of treason.

USC `1357 (injuries under federal law); **28 USC 1366** (Construction or reference to laws of the U.S. or Acts of Congress); **28 USC 1361** (Action to compel an officer of the United States to perform his duty); **28 USC 1402(c)** (Any civil action against the United States . . . in which the event occurred); **28 USC 1402(d)** (Any civil action *in re* an interest in real property in which an interest is claimed by the United States).

82.  This court has authority to grant DECLARATORY AND INJUNCTIVE RELIEF, A CEASE AND-DESIST ORDER AND A PROTECTIVE ORDER to set aside and cause to prevent unlawful agency actions by the Defendants to include retaliatory judicial and other legal actions upon Plaintiffs as well as to compel the United States to take ministerial and non-discretionary steps either unlawfully withheld or unreasonably delayed under the Declaratory Act or, the Injunctive Act which are clearly within the court's inherent equitable powers. See **FRCP 57** (Declaratory Judgments) and **FRCP 65** (Injunctions & Restraining Orders).

83. Venue is proper in this district court under **28 U.S.C. 1390(a)** (General Venue); **28 USC 1391(a)(1)** (Venue generally); **28 USC 1391(b)(1) – (2)** (Venue in general); **28 USC 1391(c)(1)** (Residency of parties); **28 USC 1391(e)(1)(b)-(c)** (Actions where defendants are an officer or employee of the United States).

84. The 1906 ANTIQUITIES ACT is an Act of Congress that as used by Joseph Robinette Biden violates the separation of powers doctrine by establishing a federal Memorial known as the *MONUMENT* which is in direct conflict with THE ACT.

85. This clear conflict exercised by the Executive Branch is without lawful or congressionally delegated authority and therefore, at a minimum, constitutes malversion.

86. This Honorable court has a duty and responsibility to invalidate the Presidential Proclamation of Joseph Robinette Biden and issue a CEASE-AND-DESIST ORDER to prevent

further immediate and future violations as well as the ceasing and desisting of all unlawful actions being conducted by the Defendants upon said certain lands which are not legally owned by the United States.

87. A CEASE-AND-DESIST ORDER and A PROTECTIVE ORDER is necessary to protect the Plaintiffs, to preserve peace and tranquility, and to prevent the commencement of unlawful retaliatory actions which most certainly will to be brought in the form of unlawful police actions by the federal executive authorities being exercised outside of a federal enclave. These police actions will be recognized as a declaration of war upon the constitution and people by the defendants. See, *Wilkerson v. Raher,* 140 U.S. 545, 554, 11 S.Ct. 865 (1891). "The police power is vested in the States and not the federal government [within the territorial boundaries of the State]." See *New York v. United States*, 505 U.S. 144, 155 (1002) ("[N]o one disputes the proposition that '[t]the Constitution created a Federal Government of limited powers") (quoting *Gregory v. Ashcraft*, 501 U.S. 452, 457 (1991); *Maryland v. Wirtz,* 392 U.S. 183, 196 (1968); *NLRB v. Jones & Laughlin Steel Corp.*, 301 U.S. 1, 37 (1937) *Cf. Chisholm v. Georgia*, 2 Dall. 419, 435 (1793) (Iredell. J.).

88. This Washington, D.C. political criminal cartel can only exist in the absence of Judicial intervention. It is the purpose of this complaint to peel back the false veneer and expose this illegal criminal organization. *The courts may invalidate "an Act of Congress only if the lack of Constitutional authority to pass the act in question is clearly demonstrated.".* (*United States v. Harris*). Therefore, the Court's previous invalidation of THE ACT[18] was improper and an extra judicial act as Congress did have the power to pass the 1866 Act.

---

[18] *U.S. v. Bundy*, 2:16-cr-00046-GMN-PAL; Document 1353 (filed 01/18/2017) Order, Page 5, lis. 16-17, wherein the Court states, "Because the Court finds that the land in question is owned by the United Stats, this objection necessarily fails."

**PARTIES**

89. Plaintiff **Michael Little** is a resident situated within the United States Congressional Act of 1866 pertaining to the State of Nevada over the legal age of 18 years that has filed a legal possessory title claim in a Nevada State Court *(See* **EXHIBIT *20.*** Dec. 5, 2022, *AMENDED MOTION TO DISMISS FOR LACK OF VENUE JURISDICTION USCA 1866)* in accordance with the 9th and 10th Amendment and subsequently holds a legally recorded *de facto* possessory claim of title upon all the abandoned appropriated land without exception whereas said claimed land is provided for within THE ACT. (11,530,000 acres).

90. Plaintiff Michael Little holds a legal claim, all patent rights and all and every interest upon certain lands identified as THE ACT lands within the alleged boundaries of the State of Nevada that includes all the land of which the ***MONUMENT*** now unlawfully rests.

91. Plaintiff Michael Little submits that any venue jurisdictional dispute(s) regarding legal land ownership (with Nevada) that may arise regarding said certain *de facto* land ownership claim(s) by Plaintiff Michael Little upon the appropriated abandoned "public trust" land within THE ACT is not a matter of this complaint or before this Honorable court. The land ownership question before this Honorable court is, "Does THE ACT convert said lands from *federal unappropriated* land into *non-federal appropriated* lands as evidenced by the NRS and when or how did THE ACT lands legally return to the United States after the sale of the Hoover Dam 80 acres after 1945?

92. Plaintiff Michael Little holds legal *de facto* possessory title and land patent rights of approximately 11,530,000 acres of the 1866, 1867 [THE ACT] lands within certain designated boundaries of the State of Nevada including all the estimated 506,814 acres of land described as the ***MONUMENT***.

93. Plaintiff Ryan Bundy is a Nevada resident over the legal age of 18 years and a victim of criminal actions committed by the Defendants and/or their agents on land provided for within THE ACT for exercising Plaintiff Ryan Bundy's 1st, 2nd, 9th and 10th Amendment Constitutional Rights.

94. Plaintiff Ryan Bundy was kidnapped, incarcerated, tortured and denied a litany of Constitutional rights by the Defendants for asserting his rights and performing his required duty to protect and defend the Constitution regarding unlawful and fraudulent federal activities upon certain appropriated land provided for within THE ACT.

95. Plaintiff Ryan Bundy spent two years being unlawfully held as a federal prisoner by means of judicial malversion that included a no bond detention by order of a Federal District Judge/magistrate.

96. Plaintiff Ryan Bundy has been conveyed legal possessory title of certain pieces of land as contemplated by Plaintiff Michael Little that are contained within the lands situate within THE ACT, which the Defendants  said land assignment is within the described  "Allotment" and the "LMNRA." These certain pieces of land reflect gifts in-part intended to offset United States criminal actions and real damages that Ryan Bundy suffered by the unlawful and illegal acts at the hands of the Defendants and/or their agents and as such, Ryan Bundy holds an interest in said land and this Complaint.

97. Defendant JOSEPH ROBINETTE BIDEN is putatively employed by the United States acting as a sitting President of the United States was, at all times relevant hereto the Complaint a federal employee sworn to protect the United States Constitution from all enemies foreign and domestic.

98.   The DEPARTMENT OF INTERIOR [DOI] is a political subdivision of the United States was, at all times relevant to this Complaint a federal agency and a director sworn to protect the United States Constitution from all enemies foreign and domestic.

99.   The DEPARTMENT OF JUSTICE [DOJ] is a political subdivision of the United States and a federal agency and a director sworn to protect the United States Constitution from all enemies foreign and domestic, at all times relevant to the Complaint.

100.   The FEDERAL BUREAU OF INVESTIGATION [FBI] is a political subdivision of the United States is a federal agency and a director sworn to protect the United States Constitution from all enemies foreign and domestic, at all times relevant to the Complaint.\

101.   The BUREAU OF LAND MANAGEMENT [BLM] is a political subdivision of the United States is a federal agency and a director sworn to protect the United States Constitution from all enemies foreign and domestic, at all times relevant to the Complaint.

102.   The NATIONAL PARKS SERVICE [NPS] is a political subdivision of the United States is a federal agency and a director sworn to protect the United States Constitution from all enemies foreign and domestic, at all times relevant to the Complaint.

103.   The BUREAU OF ALCOHOL, TOBACCO AND FIREARMS is a federal agency and a director sworn to protect the United States Constitution from all enemies foreign and domestic, at all times relevant to the Complaint.

104.   DOES 1-30 are unknown individuals or entities sworn to protect the United States Constitution from all enemies foreign and domestic, at all times relevant to the Complaint.

105.   ROES 1-100 are unknown entities sworn to protect the United States Constitution from all enemies foreign and domestic, at all times relevant to the Complaint.

1

## STANDING

[**CURRENTLY, WE FIND EVIDENCE WHICH CLEARLY DEMONSTRATES THE DEFENDANT'S PRIOR, CURRENT AND ONGOING BAD ACTS THAT PAINT A MOSAIC OF ADMINISTRATIVE POLICIES DEMONSTRATING THE DEFENDANTS' INTENT TO VIOLATE AND/OR DEFEAT THE CONSTITUTION AND THEIR OATHS OF OFFICE].**

106. There is a plethora of evidence documenting a history of criminal activity surrounding Defendant, Joseph Robinette Biden that now includes Presidential Executive Order(s) that include the MONUMENT as juxtaposed against THE ACT. Evidence of corruption as Vice-President with quid-pro-quo dealings in Ukraine that have been and are being suppressed by the DOJ and FBI. It is through the violation of THE ACT which is a *prima facie* showing of the breach of his Oath of Office, which morphs into malfeasance, misfeasance and malversion. Joseph Robinette Biden demonstrates no regard for the American People that are not politically aligned or subservient to his or his handler's stated purpose which is to fundamentally destroy the culture of America and cater to special interest groups. He calls his political adversaries' enemies of the State, domestic terrorists and insurrectionists parroting political talking heads and political criminals such as former Nevada U.S, Speaker of the Senate Harry Reid and Former California U.S. Speaker of the House Nancy Pelosi. Biden criminally prosecutes his political opponents just as Reid and Pelosi have done with rancher Cliven Bundy and Donald Trump respectively, by weaponizing a corrupt DOJ. Biden promotes and supports pedophilia through his policies at the border. Biden has stated and implemented policies showing his intent to cancel white voters and turn them into a minority in their own Country. Biden's reckless policies are turning America into a tribal culture where laws are constantly in flux and controlled by the militarized ruling class (*aka*: Marxism, fascism[19]). These policies are becoming a fertile breeding ground for genocide.

---

[19] By taking over the banking and corporate institutions and creating a political, orthodox and Zionist financial corporate capitalistic market system as opposed to a free capitalistic system. Where the taxpayer is always left holding the bag for the Marxist spending of borrowed money and having to live in a Mortgage Misery Usury Index.

Defendant Biden has declared this war on Americans by enforcing acts under the Color of Law that ONLY American citizens are required to follow, while the government and special interests are not. Defendant Biden demonstrates the characteristics of an incoherent narcissist with a penchant for making his own (his handlers) law have become apparent. Meanwhile under the Biden/Biden handlers' laws non-citizens are given greater rights and are EXEMPT from laws that Americans citizens must follow. Individuals who illegally enter our country are immediately excused from a federal felony violation and the Biden/Biden Handlers' red carpet is rolled out for them. According to federal law, these people are criminals and as a result of the current Biden/Biden handlers' and federal uni-party anarchy in Washington, D.C. these people (federal criminals) are EXCUSED FROM and PROVIDED WITH:

- Needing Identification for using public transportation on airplanes

- Needing identification for using public transportation for buses.

- Excused from going through airport security and walked right around it.

- Provided with cost free air flights from the city of their origin to the United States city of the current administration's choice.[20]

- Provided with cost-free bus travel to the city of the current administration's choice.

- Provided with a credit card that provides them with a U.S. taxpayer assisted stipend; (which many send back to their country of origin and in many cases constitute nothing more than the federal government laundering money through the immigrants to the Drug Cartels [who may be holding their families hostage], as payment to the Drug Cartels, whose coyotes assisted them in their journey to America. This implicates the defendants of executing a criminal business model, which appears to be modeled after Ukraine).

- Provided with free housing.

- Provided with free meals.

---

[20] These cities all appear to be Democratic targeted cities which are instituting Marxist policies from which thousands of people are now fleeing to Republican States. Because of this loss of population, these Democratic Cities/States will technically lose Congressional seats and electoral votes. These illegal aliens, by all appearances, are being brought in to secure the Democratic Party's power structure. This constitutes refugee jerrymandering and a form of election interference through refugee voter fraud.

- Allowed to purchase firearms with their stipend.

- Allowed to purchase a firearm without a background check.

- And they are now being given shortcut paths to citizenship, which is an insult to those immigrants that have chosen to follow the laws of the United States.

- Allowed to attack American Citizens and be released without bail.

- Allowed to attack Law Enforcement and be released without bail.

- Allowed to obtain State driver's licenses, which in many states is the only requirement to register to vote.

- Providing undocumented and unregistered illegals with Immigration Green Cards.

- A path to becoming a registered Democrat vote has been expedited at the cost of the American Taxpayer to cancel or water down their opposing political party as well as expand the democratic representation in congress through the increased population measured by the census, employing geographic refugee jerrymandering to destabilize congress with foreign extremism. *e.g.* (IIhan Abodullahi Omar).

- The defendants utilize the United Nations (a foreign power) in participation with radical extremists in this equation through providing money to NGO's (particularly corrupt and unscrupulous churches) who act to undermine the will of the American Taxpayer and their elected representatives in Congress under the guise of "compassion."

- It is unquestionable that these above super-ultra benefits are all funded with taxpayer money and are only the tip of the iceberg, which is an outrage to every tax paying and struggling American citizen, who can't get help from the government or the help that they do get is so appreciably diminished that it is practically worthless.

- Further, the current administration has determined that it is more important to financially support and house these illegal aliens (all who committed a felony by coming here illegally) and pay lip service to the homeless and hopeless Americans who are now living in our streets.

- Finally, the greatest insult of all to the American People is that the benefits being given to non-citizens are significantly greater than the Social Security Retirement Benefits received by tax paying Americans who have contributed into said benefit program for decades and are now struggling against the ever-expanding hidden tax of inflation called Bidenomics.

As such, the current administration has shown American Citizens that they aren't even a consideration in the exercise of their powers, because the financial contributions of the American People to their elected officials cannot possibly compete with the concentration of the special interest 1% corporate contributions and therefore, it is these special interests, and not the People, that are literally in control of the federal government.  Quite simply, politics and politicians are now just about the "Benjamins."  Defendant Biden has ignored our veterans, our poor, our homeless, the consequences and costs of his inflationary policies, and has given preference to the special interest, banks, wall street, foreign wars and illegal non-citizens.  Biden's policies, and his Russophobia handlers send billions of taxpayer hard earned' money to foreign countries in support of corrupt regimes and oligarchs, such as Ukraine on behalf of special interest,  political tidings and of course 10% kickbacks.  It has been made abundantly clear to those American's who still stand for Freedom, Nationalism and Sovereignty that they and their Judeo- Christian values are no longer relevant in their own Country and, as such, said Americans have been targeted politically, judicially, financially or in the case of the elderly for termination. (the Covid 19 shot, is now recognized as a bio-weapon in the State of Arizona).  American citizenship is now considered a violation of the Biden pedophilia preference and the child grooming "woke culture". Americans are now required under Biden's policies and federal police force to allow the establishment of a potential foreign army (a Trojan Horse Fifth Column) consisting of millions of illegal aliens on America soil through his reckless border policies that should result in Defendant Biden's prosecution for not just malversion -- but for TREASON.

107.  The Plaintiffs have experienced nothing but judicial bias every time that they have a difference of opinion on an issue with the government.  The Bundys have experienced this judicial bias in the Nevada federal court where the submission of THE ACT, as evidence, that the federal

government does not own any significant unappropriated public lands within said ACT within the physical boundry of Nevada, is dismissed as "a novel argument" when juxtaposed against the Government's incorrect and fraudulent history of the State of Nevada.  As THE ACT was provided to the Bundys by Michael Little and in providing this to Cliven Bundy was made part of a contractual agreement.  Therefore, any ruling that does not provide full faith and credit to THE ACT,  prevents Little from being paid on the contract and constitutes contractual interference.

108.  Plaintiff Little also has first-hand knowledge of this judicial bias in the Nevada Court system in many cases, to wit:  *Little v. State*, 414 P.3d 304 (2018). Arguing that the State of Nevada Governor's Office was prohibited from donating or loaning money to any private company in violation of the Nevada Constitution because it picked the winners and losers in the economy and that this constituted cronyism;  See also. **Nv. S.Ct. Docket No.'s: 64022 (2013); 64022 (2015); 68762 (2015); 69481 (2015)** (Where the Nevada Supreme Court refused to grant Little access to the Writ of Mandamus/Prohibition where he was requesting relief from the lower courts commission of fraud and falsified documents).  This was accomplished by simply changing the definition of terms from those in the statutes to achieve the desired political outcome.  Little was forced to go to the Nevada Supreme Court no less than four times in an attempt to stop lawfare and the color of law being applied to his lawful conduct.  Little's request for relief was denied each time.  Therefore, state and federal judicial bias has shown itself to be systemic.

### ABANDONED AND LEGAL CLAIM UPON CERTAIN LANDS LOCATED WITHIN THE ALLEGED DESIGNATED PHYSICAL BOUNDARIES OF NEVADA

109. The State of Nevada has statutorily abandoned and has notoriously made public this abandonment of said certain "public lands" within the four corners of THE ACT which coincided with the establishment of the Bureau of Land Management [BLM] in 1946 (as set forth above).

110. The Nevada State Legislature in 1867 agreed to accept the lands provided for in THE ACT thus fulfilling the federal agreement within and without THE ACT and then failed to legally formalize and place a legal claim upon said land by means of a referendum to the people of Nevada, as required by law, for the purpose of amending the Nevada Constitution and thereby expanding Nevada Constitutional boundaries (constitutional jurisdiction) to those of the physical boundaries.  This failure to formalize the grant left THE ACT lands without the legal jurisdiction of the United States and without the legal jurisdiction of the State of Nevada.

111. Although the Nevada State Legislature in 1979 amended the Nevada Constitution to change the constitutional boundaries of the state of Nevada, this amendment only pertained specifically to the 1867 boundaries  and not the land of the State of Nevada (Clark County, southern portion of Nye County and southern portion most portion of Lincoln County).  This measure completely failed to amend the Nevada Constitution to include those portions on the eastern border (the 1866 land northeastern portion of Lincoln County, the northeastern portion of White pine County and the northeastern portion of Elko County).

112. The Nevada State Legislature to date has never legally amended the Nevada State Constitution to change the boundaries of the State of Nevada specifically to reflect the 1866 portion of Nevada which is referenced in THE ACT.  Therefore, that portion of land is outside the four corners of the of the 1864 Nevada Constitution and without the Constitutional boundaries of the State of Nevada and as of 1866 is no longer United States territorial land.

113.     Clark County, Nevada has made public that Clark County has abandoned all rights and claims upon THE ACT lands.  Clark County made this party admission when they returned rancher Cliven Bundy's payment for grazing fees (See **EXHIBIT 21**, reserved for returned grazing check made out to Clark County, which will be later produced) stating that the lands were lands

not owned by the State of Nevada. Every sale of any of THE ACT lands conducted by a Defendant after 1945 is yet another party admission of ownership and jurisdictional abandonment by the State of Nevada. Therefore, Plaintiff Michael Little's claim is validated by each and every illegal sale or unchallenged claim of THE ACT lands by the United States that the State of Nevada has allowed and continues to allow.

114. Plaintiff Michael Little claims to be the legal landowner and holder of possessory title, patent rights and holder of all interest of certain abandoned lands (THE ACT) within the physical boundaries of the State of Nevada by the authority of the United States 9th and 10th Amendment *(See **EXHIBIT 22 & 23**. 9th and 10th Amendments)* and that the land is no longer public trust land, rather was *restless* unclaimed land that lay abandoned by the State of Nevada beginning in 1946 until legally claimed by Plaintiff Little on December 5, 2022, that places Little in the chain of title as the current legal land owner.

115. Therefore, any land dispute that may exist or arise regarding said certain *de facto* land ownership claim(s) by Plaintiff Michael Little regarding the abandoned "public trust" land (THE ACT lands) within the physical boundaries of the State of Nevada is without this complaint and would be a legal matter of the State of Nevada recognizing **NRS 1.030** and in recognition of the 9th and 10th Amendment of United States Constitution. However, the UNITED STATES CONSTITUTION, Art. III, Section 2, sets forth that in all cases where the State is a party to a conflict, the United States Supreme Court shall have original jurisdiction.

116. Plaintiff Michael Little claims that the United States is constitutionally foreclosed from land ownership claims upon certain abandoned land within the boundaries of the State of Nevada and is statutorily foreclosed under Nevada state law (without a record of legal conveyance) where said certain abandoned land is contained and expressly provided for within

THE ACT and subject to the supremacy clause and the sovereignty of the State of Nevada and the equal footing Doctrine.

117. Plaintiff Michael Little being a person as being described within the 9th and 10th Amendments as "the people" (in the plural) maintains that these Amendments of the United States Constitution provides Plaintiff Michael Little as a person (as the "people" in the singular) the right to constitutionally acquire, own and hold conveyed land and patents upon said appropriated abandoned land which is all the land provided for within THE ACT.

118. Plaintiff Michael Little claims that the United States is constitutionally foreclosed as of May 5, 1866,  from land ownership claims upon certain abandoned land within and without the boundaries of the State of Nevada without proof of legal conveyance where said certain abandoned land is contained and expressly provided for within THE ACT.

119. Plaintiff Michael Little did serve notice upon Nevada Governor Brian Sandoval via certified mail on March 16, 2016 *(See* **EXHIBIT 24**. *certified mail #7014 3490 0001 7860 7079)* and the  Federal District Court, District of Nevada  in 2017 at *United States v. Cliven Bundy* via Motion to Dismiss in the Alternative that said land was lands not belonging to the United States by cause of THE ACT.  It is suspicious that Nevada Governor Sandoval had previously served as a Nevada Federal District Judge and refused to act or respond to Little's certified letter.

120. Plaintiff Michael Little also notified former Nevada Attorney General, Adam Laxalt, who was apprised by the Doctrine of Respondent Superior of this fact – through then Nevada Governor Sandoval, and Laxalt also refused to act or intercede and place claim upon said land and demand that the federal government recognize THE ACT as the controlling law and instruct the federal government to CEASE-AND-DESIST its unlawful activities on non-federal lands.

121. Plaintiff Michael Little considers Cliven and Ryan Bundy's kidnapping, incarceration, and denial of a plethora of Constitutional rights by the Defendants as pre-conviction punishment for asserting their rights and required duties to protect and defend the Constitution and the exercise of their rights under the Common law, the 9th and 10th Amendments. The Nevada State Governor Brian Sandoval, Nevada State Attorney General Adam Laxalt and Sheriff Joe Lombardo abdicated and refused to intercede concerning the unlawful actions of the federal government therefore, abdicating that the land **did not** belong to Clark County, Nevada or to the State of Nevada. This land is clearly described in Plaintiff Michael Little's aforementioned letter describing the non-federal land ownership provided for within THE ACT as the controlling law.

122. At no time regarding Plaintiff's Cliven and Ryan Bundy's ordeal did the State of Nevada make claim upon said land or take action through the Sheriff's office (Joe Lombardo) to protect its citizens and maintain peace and tranquility, to wit: protect Cliven and Ryan Bundy and/or other Nevadans or act to prevent the federal government from violating both Nevada State and United States Constitutions and/or other State laws. In fact, former Sheriff Lombardo acted in violation of state and federal law allowing Deputy Sheriffs under his command and federal agents to utilize K-9 and Taser force upon a group of individuals that had legally gathered upon nonfederal land to express in public their grievance against their government's corruption. Lombardo's actions as recorded on video and available for viewing on Youtube represent a complete ignorance of Nevada law and his administrative implementation of the police state under the color of law in violation of the constitutional Bill of Rights and the rule of law.

123. Sadly, former Sheriff Lombardo not only violated State and Federal law he gave false testimony against the Bundy's that could have very easily resulted in the Bundy's spending the balance of their lives being federally incarcerated for the fraud the State of Nevada and the United

States are committing.   Joe Lombardo conspired with and was complicit in the federal governments illegal gambit (theft of state land).

124. At no time proceeding from 2016 to 2019 did Nevada Governor Brian Sandoval, former Nevada Attorney General Adam Laxalt or Nevada Sheriff Joe Lombardo, intercede to stop the Defendants from unlawful criminal activities under State law or place a claim upon said land. Ironically, Defendant Biden was then acting United States Vice-President at this time, under then President Obama, who has also violated the U.S. Constitution and Nevada State law by fraudulently citing the ANTIQUITIES ACT OF 1906 at Presidential proclamations (1) the BASIN AND RANGE NATIONAL MONUMENT (July 10,   2015) and (2) GOLD BUTTE NATIONAL MONUMENT (December 28, 2016). *(see EXHIBITS 18. AND 19. the BASIN AND RANGE NATIONAL MONUMENT AND GOLD BUTTE NATIONAL MONUMENT)*  Where both of the Obama National Monuments, as with Biden's National Monument, are National Monuments established upon Appropriated Land without the authority of the ANTIQUITIES ACT OF 1906 and which land was not owned by the United States at the  time of their implementation.

125. The granting of relief from this Complaint will prevent future Presidents and all U.S. Nevada representatives from continuing to violate the Constitution regarding THE ACT as has been done by Warren Hardy in 1922, Lyndon Johnson in 1964,  Ronald Regan in 1988, Barak Obama in 2015 and 2017 and Joseph Robinette Biden in 2023.  This continuing federal fraud must stop and this complaint charges this Honorable Court with that duty.

### NEVADA, THE ACT, THE LCB AND WHY NEVADA HAS
### <u>NO AUTHORITY TO CLAIM THE 1866 [THE ACT] LANDS</u>

126. From 1958 to 1979 there were both legal and  political activities regarding whether or not Clark County, Nevada, was actually part of the State of Nevada.  The land in which Clark County lies was part of [THE ACT].  There were arguments stating that because Clark County

was without the jurisdictional boundaries of the Nevada State Constitution and taken from the remanent of the Arizona Territory it was an independent territory akin to being "never-never" land and therefore could mint its own money, to wit: Gold Coins. It was the proponent's position that gold back currency would put the independent territory (Clark County) on the world map and make its economy explode. These were all interesting arguments that were supported by interesting and somewhat compelling data. However, the most important argument of all was that the Nevada Constitution upon its passing contained jurisdictional boundaries for its effectuation and application. This created a considerable conundrum, in that, if the Nevada Constitution had no authority or application in all of Clark County, any legal or quasi-legal actions taken by any governmental entity outside of the authority of the Nevada Constitution would therefore be done or committed under the color of law, illegally superseding the rule of law. Nevada State Government actions taken without the delegated authority of the Nevada Constitution are all illegal and *void ab initio*.

127. This "never-never" land and legal disposition was particularly disturbing with regard to jurisdiction regarding criminal cases[21] in which Clark County had prosecuted individuals pursuant to the Nevada Revised Statutes. These individuals had concerns that they were unconstitutionally prosecuted absent the existence of the constitutionally delegated authority of the State of Nevada, which because of the language in the Nevada Constitution at those times was limited to the original 1864 geographical areas, meaning that Clark County didn't exist and therefore lacked the Constitutional authority to prosecute them and/or charge them under Nevada law (NRS).

---

[21] (1) *Kuk v. State*, 392 P. 2d 630, 80 Nev. 291 (Nv. S.Ct. 1964) ; (2) *Surianillo v. State*, 553 P. 2d 942, 92 Nev. 492 (Nv. S.Ct. 1976); *People, ex. rel., Schultz v. Lombard*, 398 N.Y.S.2d 932 (1977).

128. Because of the concern and the legal fact that the State of Nevada lacked constitutional legal authority was not just some tangential legal argument, the Nevada judiciary made the decision that the lands outside of those over which the Nevada Constitution authorized Constitutional powers was merely a "legislative housekeeping oversight." However, the judge in the case stated that "If I recognized the law [THE ACT] this would put Las Vegas in "never, never" land. However, the judge was without Constitutional Authority to Legislate from the Bench (his decision effectively illegally amended the Nevada Constitution).

129. In fact, only the citizens of Nevada can amend the Nevada State Constitution, which had not occurred at that time. So, the arguments in these cases were accurate and the Legislative Counsel Bureau [LCB] (a private corporation that drafts and advises the Legislature on legislative matters) in 1979 determined that they needed to draft ballot Question No. 5, which was placed on the state ballot to amend the Nevada Constitution. The drafting of Question No. 5, acknowledged that the judge's decision was *extra*-judicial in nature and without authority. The purpose of this question was to correct/amend the Nevada Constitution to extend the authority of the Nevada Constitution to the areas known as Clark County, the southern tip of Nye County and the southern-most portion of Lincoln County or more accurately described as land ceded by Congress in THE ACT (specifically regarding the 1867 portion), which constituted lands south of the 37th parallel.

130. The lands subject to ballot Question No. 5, were literally all THE ACT lands, within the physical boundaries of the State, south of the 37th parallel, which was written by the LCB, in which the LCB makes several errors in the drafting of this question and their explanation of what the question accomplishes. Particularly disturbing are the allegations contained therein that the 1864 Nevada Constitution provided the "*flexibility*" for the eastern and western boundaries of the state to accommodate future Acts of Congress (future land acquisitions through the federal

government) without a Nevada referendum.  This statement by the LCB is intentionally inaccurate and was an attempt to circumvent the actual language in the Nevada Constitution which permitted the resurveying to correct miscellaneous errors of the State's 1864 western and eastern boundaries with California, Utah and Arizona respectively and not *flexibility* in the acquisition of land through the further Acts of land grants from Congress without the formal acceptance required by Nevada law.  In particular the use of the term "flexibility" negates and eviscerates the legal land transfer processes that are set in place. As such, the eastern lands which were granted to the State of Nevada after the original 1864 lands were NEVER Constitutionally added due to a "deficiency and vagueness" issue within the language of the 1864 Nevada Constitution.  This so-called flexibility issue is not just a misnomer, it is an intentional misrepresentation of the vague language of the Nevada Constitution and therefore, a fraud.  This allegation of "flexibility" intentionally fails to take into consideration the law which is in place for the legal transfer of lands between the federal government and the State of Nevada.  Therefore, this misrepresentation is an intentional and purposeful attempt at misguiding and/or misleading the Nevada voters and constitutes intentional fraud and malversion.  Further, the LCB's interpretation of the vague language represents the Status Quo, in support of the ongoing fraud which has been directed at the people of Nevada.

131. However, the LCB cannot be held liable under the same standard as the Nevada Legislators as it appears that the LCB is a private corporation, a corporation whose ownership is literally unknown.  The LCB was contacted by the Plaintiff and a copy of their stockholders was requested.  This request was denied, and Mr. Little was informed that the LCB was a private corporation and did not have to release this information EVEN THOUGH they (LCB) control the Nevada Legislature through their revision of the codified version of Nevada Law.  Since their

inception, the LCB has been busy working nefariously behind the scenes.  A prevailing priority was to pass a statute which they allege amended[22] the Nevada Constitution's directive (Article 5, Sec. 20) that the Secretary of State [SOS] is the Repository of the Executive and Legislative Records.  While these records were in the possession of the SOS they were *public records* and could be obtained through simply requesting them (**NRS 225.100**).  The Legislative records are now in the physical possession of the LCB, a private corporation, and now the Legislative Records are "**PRIVATE**." (See EXHIBIT 25, a prolix 28-page Letter to a Reporter requesting from the LCB explaining why they are exempt from disclosing *public records*).  The LCB now operates in secret by preventing what they consider prying eyes from obtaining Legislative records which will assist these prying eyes in understanding the legislative history of matters in the State of Nevada and which show illegal legislative conduct.  Plaintiffs believe the LCB working in conjunction with BLM has falsified records and documents to conceal the fraud regarding THE ACT that includes Question No.5..

132. See **NRS 218F.150(3)**, which prevents ANYONE (including a political reporter from the Associated Press) from subpoenaing or suing and attempting to obtain information through the discovery process from the LCB.  Thus, the SOS permitted public documents to become private so that illegal acts committed by the Legislature could be concealed.  This is a violation of **NRS 239.320**, to wit:

> **An officer who** mutilates, destroys, **conceals**, erases, obliterates or falsifies **any record or paper appertaining to his office**, is guilty of a category C felony and shall be punished as provided in NRS 193.130.

---

[22] "A statute cannot amend the Constitution." *Pennsylvania v. Union Gas Co.*, 491 U.S. 1, 109 S.Ct. 2273 (1989)(overturned on other grounds); See also, *Dellmuth v. Muth*, 491 U.S. 223, 109 S.Ct. 2397 (1989).  And, "As I have previously insisted: 'A statute cannot amend the constitution.'" *Seminole Tribe of Florida v. Florida*, 517 U.S. 44, 116 S.Ct. 1114 (1996).

Further, this exacerbates the SOS's duty under **NRS 225.100** which sets forth that the Secretary has a,

> **Duty to furnish certified copies of law, records and instruments**. The secretary of State **shall furnish**, **on request, to any person** who has paid the proper fee for it, **a certified copy of all or any part of any law, act, record or other instrument** of writing on file or deposited with the Office of the Secretary of State of which a copy may properly be given.

As the Secretary of State has violated its sacred oath by permitting its constitutionally delegated authority to be delegated to a "Private" entity which is not subject to the Nevada Revised Statutes requirements of full disclosure. The SOS' participation and complicity in this privatization of the State's public records is an act of malfeasance for which simple removal from office is insufficient as a punishment.

139. The LCB was instrumental in illegally relieving the SOS of its Constitutional duties through violating the Nevada Constitution. This now insulates crooked politicians from being held accountable on their illegal conduct, such as referenced in *Little vs. State,*[23] denied for lack of standing.[24] The LCB now has absolute control over the entire Legislature of Nevada, that includes cutting Legislative payroll and paychecks[25] and have made themselves responsible for all of the collateral legislative functions, *e.g.*, they now operate the State printing office, they are in charge of the retirement fund of the State employees, they control all of the marijuana tax money, they control the lobbyists and much, much more. Further, the LCB has passed statutes which permit them to alter, amend or change any Nevada Revised Statute that they want, at any

---

[23] Nevada Supreme Court; No. 72641; Decided March 23, 2018. Dismissed for lack of standing.
[24] This holding found that the taxpayers had no right to bring an action for the State laundering taxpayer money through the Counties, to determine the winners and losers in the marketplace. The winners received tax payer dollars and these winners were selectively and politically chosen (special interest/kickbacks). A circumvention of the Nevada Constitution which the Legislature, nor the Governor could legally perform.
[25] As the Legislators paychecks come from the LCB, that is who they work for. The Legislators are supposed to be a part of the State and they are not, they are effectively a part of a private corporation whose stock holders are secret and unknown.

time, without the Legislature's interaction or permission. (See book: **TYRANTS OF TYRANNY**, which documents all of this very nicely and is available on Amazon and can be accessed at tyrantsoftyranny.com).   Essentially, the LCB has granted or delegated to itself, legislative capabilities that cannot be delegated.   See ***State, ex rel. Bull v. Snodgrass***, 4 Nev. 524 (1869) which states,

> As such, **the legislative powers may not be delegated** to another branch of government. Nev. Const. art. 3, § 1.

If the legislative powers cannot be delegated to another branch of government, how then, can such power be granted to a non-government entity?  It cannot.  Therefore, the LCB is an embedded criminal enterprise, that operates in lockstep with Washington, D.C.'s controlling cabal.

140. However, all other criminal acts by the LCB aside, the most pronounced intentional obfuscation regarding the Nevada Constitution and the 1866 land is that the LCB NEVER mentions that the 1866 land was granted to the State of Nevada from Congress in Question No. 5. This intentional failure to even mention the 1866 Act permits the Plaintiffs access to certain presumptions.  One of those is set forth in ***U.S. v. Tweel***, 550 F.2d 297, 299 (1977); quoting ***U.S. v. Prudden***, 424 F.2d 10221, 1021 (1879), which states,

> **Silence can only be equated with fraud** where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading.

141. So, the entire issue as to the extension of the Constitutional boundaries to the physical boundaries of the State of Nevada was intentionally and fraudulently obfuscated by the LCB by the omission of THE ACT.  We can now recognize the LCB as the sword and shield of the Nevada Legislature, presumably protecting state and federal legislators from their illegal acts, including the legality of Nevada's land issues which have become so compromised that it has permitted federal and state actors to engage in illegal land transfers and illegal acts constituting cronyism.

1
2    This Lawsuit is intended to end all of this illegal conduct and to restore some semblance of legal
3    sanity as to these issues.

4         142. As such, the intentional obfuscation at Question No. 5 by the LCB was so vague that
5    it failed to fully inform the voter as to what the issue being presented consisted of.  This therefore,
6    does not constitute any viable legal conclusion.  If in fact, the LCB is not an agency or Bureau of
7    the State and is actually a private corporation that has privatized the public records (See **EXHIBIT**
8    **25**, Letter from LCB to Associated Press reporter explaining why all Legislative Records are
9    "Private").  As such, the Public has no reason to place any trust in anything that comes from the
10   Nevada Legislators or the LCB.  The reason for this is that the LCB is clearly acting on behalf of
11   their own private concerns and the private concerns of their shareholders, unknown ghosts.[26]  So,
12   literally, this so-called "flexibility" of the Nevada Constitution as to THE ACT lands added to the
13   physical boundaries of the State of Nevada is not based upon any historical or legal facts.  It is
14   based purely upon newspeak which is manufactured and based upon a highly speculative legal
15   assumption (Citing "anticipation" and "flexibility" *Color of Law* theories,), which is a vague
16   condition unsupported by any substance whatsoever.

17        143. Now this leads us to some very interesting legal facts regarding the southern and
18   eastern boundary of the State.  The eastern boundary(ies) was changed in the Congressional Acts
19   of 1866 and 1867, and has since suffered what will become known as the malfeasance and
20   misfeasance of State Legislators, Governors, Attorney Generals and Secretaries of State during
21   these times when the land issues arose.  However, the actions today regarding THE ACT lands as

---

[26] The list of potential shareholders could contain any one of the names in the news such as Barack Obama, Michael Obama, Hunter Biden, Harry Reid, Rory Reid, China, Blackrock, Vanguard, etc.  The list could go on and on.

enforced under the color of law, supports these illegal acts or failures to act, being nothing short of Malversion (Def: "Corrupt behavior in a position of trust, especially in public office.").

144. Here's what we now know.  Question No. 5 seemingly cured the issue that Clark County was operating for over 72 years (1909-1981) with no Constitutional legal authority.  In other words, since the Nevada Constitutional boundaries, which are set forth in the Nevada Constitution, only included the lands ceded by Congress in 1864, when the State of Nevada was originally formed; then, everything that Clark County has done since July 1, 1909, was *void ab initio* and any legislation concerning Clark County was without any delegation of Nevada's constitutional powers.  THE ACT land included all lands within Nevada south of the 37th Parallel. This land includes the most southern portion of Lincoln County, the southern tip of Nye County and all of Clark County.  In other words, until 1981 Clark County did not even legally exist and was not legally a political subdivision of the State of Nevada. Once the Constitutional boundaries in the State of Nevada were allegedly legally extended with Question No. 5,  this legal recognition of THE ACT constitutes a party admission that all of the land south of the 37th Parallel was not availed of or covered by the Nevada Constitution.  Even so, the description set forth in Question No. 5, only discusses Clark, Nye and Lincoln Counties (south of the 37th parallel).

145. However beneficial the result of Question No. 5 was to the LCB and BLM the lands located south of the 37th Parallel (1867), it did not address the issue of the eastern additions to the physical boundaries of the State (1866). This leaves us with an enigma.  Since the eastern lands were not included in Question NO. 5, how does this apply to the eastern boundary lands which were ceded by the Congress in THE ACT?  The answer is that the additions on the eastern physical

boundaries of Nevada on May 6, 1866[27] have still not been constitutionally incorporated into our Nevada Constitution by the people.  In other words, every single alleged legal act committed by any governmental entity in Elko County, White Pine County and that portion of Lincoln County located above the 37th Parallel, within THE ACT lands, have therefore operated under color of law and without Nevada Constitutional authority.   Now in consideration of the facts, the conveyance of land to the LEHMAN CAVES MONUMENT by White Pine County was tacitly illegal and that conveyance, as well as the monument was tacitly illegal and therefore, as a matter of law, the LEHMAN CAVE MONUMENT lands has never been properly ceded to the United States.

146. The federal government's specious self-serving argument is that all lands ceded to the State of Nevada after 1864, were also ceded under the same premise as the Act ceding the original property to the State for its formation.  That premise is that all public unappropriated lands ceded to the State were being withheld and belonged to the federal government.  However, this is only a presumption on behalf of criminal elements within the government.  A thorough reading of THE ACT which ceded the lands to the eastern border of Nevada, shows that no public lands were withheld or reserved by the federal government.  So, this argument is absolutely baseless.  There exists no legal nexus between the 1864 lands and the 1866 lands that eliminates the constitutional requirements of a State referendum to be waived.

147. To date THE ACT lands along Nevada's eastern border (north of the 37th parallel) have never been brought within the Constitutional jurisdiction of the State of Nevada.  Therefore,

[27] Governor Blasdel speaks about the 1866 land on the eastern border in his first biennial message of Governor H.G. Blasdel,. Stating we need to vote on this issue right away so prevent any misapprehensions.  Blasdel asked for a Referendum or an Act to be passed accepting these eastern lands into the physical boundaries of the State of Nevada. However, even though Blasdel pressed for this the State never acted on it this constitutional requirement.  In his biennial message Governor Blasdel warned that without doing 'something' that the eastern area would be without Nevada's Constitutional Authority.  (See Jan. 10, 1867; Biennial Message; Pg. 13 under heading "Eastern and Southern Boundaries." See EXHIBIT 26.

these lands **ARE NOT** within the Constitutional boundaries of the State and, as the first Governor of the State of Nevada (H.G. Blasdel) stated,

> ". . . the establishment of **boundary lines by the Constitution would seem to leave the Legislature without present authority to bind the State** in the premises." (Biennial Message Jan. 10, 1867).

And

> In order that no misapprehension may arise from a failure to comply with the Act, I suggest the propriety of immediate legislative acceptance as therein contemplated. **In order to legally and fully extend the jurisdiction of the State over the ceded territory, I suggest the propriety of proposing and submitting to the people, for their ratification, an amendment to the Constitution conforming our southern boundary to the lines designated in the grant**. (Emphasis added)

This misapprehension is now exactly what has occurred and was attempted to be concealed in 1979 by ballot Question No. 5.  Again, the absence of reference to THE ACT in discussing Question 5, constitutes "silence" and is therefore an act of fraud.  See again, "Silence can only be equated to fraud, where there is a duty to speak."

148. As the facts are set forth, the Legislators at the time (1867) were much too busy to take the advice of Nevada's first Governor (who was actually much more honest than the ones we have today).  This biennial message from Governor Blasdel constitutes a party admission by the State of Nevada that the State of Nevada has no legal authority regarding lands in the eastern boundary of Nevada (to wit:  Elko, White Pine and Lincoln (north of the 37th parallel in THE ACT lands)) or the lands south of the 37th Parallel, which constitutes all of Clark and the southern portion of Nye and Lincoln County.

149. In conclusion, the federal government legally owns very little if any lands within either THE ACT lands (1866 or the 1867) and, although Question No. 5 expanded the Constitutional boundaries of the State of Nevada to the physical boundaries of the State south of

the 37th parallel, there is no Nevada Constitutional authority in the eastern lands ceded to the State of Nevada. So, to be perfectly clear, all eastern lands (1866 ACT lands) north of the 37th Parallel is free from Nevada's Constitutional jurisdiction. This means that THE ACT lands within the counties of Elko, White Pine and that portion of Lincoln County north of the 37th parallel are all outside of Nevada's constitutional power. Therefore, since Nevada has already made a party admission that they own none of the public lands in either of the 1866 or 1867 ACT lands and by cause of the Supremacy Clause and/or the Separation of Powers Doctrine demonstrating that the federal government does not own said public lands which are the subject of this Complaint. And therefore, these ACT lands are literally unclaimed by the state of Nevada and foreclosed from ownership by the federal government. Thus, making Michael Little's claim superior in the chain of title to these lands and who is now the *de facto* owner of all of THE ACT lands. They say you cheat; you get caught; you lose! The Doctrine of latches or the status quo, or any other cleverly created legal theory can set aside fraud as stealth fraud has no statute of limitations.

### A CHRONOLOGICAL SUMMARY
### OF NEVADA'S HISTORICAL TIMELINE,
### NECESSARY FOR THE APPLICATION OF LEGAL
### STANDARDS (BEGINNING IN 1848 TO PRESENT)

150. In 1848 the United States established a treaty with the nation of Mexico identified as the 1848 TREATY OF GUADALUPE HIDALGO.

151. In 1850 Mormon Immigrants first discovered gold in the then Utah Territory near the area now known as Dayton, Nevada.

152. In 1855 the Mormons establish the Las Vegas Mormon settlement and Mormon Fort.

153. In 1857 the Mormons abandon the Las Vegas Mormon settlement and Fort due to pre-colonial tribes attacking the Mormons and the fall out from the Mormon American war. (pre-colonial is a more accurate description of what has been commonly misidentified first as Indians

and second as Indigenous peoples which through science and DNA are in fact Eurasians and certainly not Indians or Indigenous People).

154. In 1859 the Comstock lode was discovered near Dayton that is now known as Virginia City, Nevada.

155. With the Virginia City discovery in 1859 and in consideration of the 1849 California Gold Rush, Washington, D.C. decided to create the State of Nevada for three politically motivated reasons.  These reasons are: (1) federal greed and a desire for exclusive special interest control involving mineral deposits within the then Utah Territory; (2) to prevent the Mormons and the Mormon Church from acquiring wealth from these newly discovered mineral deposits within the Utah Territory; (3) in a quid pro quo with President Lincoln to obtain electoral votes in the 1864 election.

156. In 1860 U.S. Troops occupy the Mormon Fort.

157. In 1861 the Nevada Enabling Act of 1864 was initiated establishing and creating the original boundaries of the Nevada Territory to achieve these three (3) ends.

158. In 1862, the United States passed the HOMESTEAD ACT.

159. In 1862, Congress expanded the Territory of Nevada to include a section of the Utah Territory.

160. In 1862 the Pacific Railroad Act was passed.

161. On March 21, 1864, Congress enacted the NEVADA ENABLING ACT, "authorizing a convention to draft a state constitution for ratification by the residents of the newly created State from the *"Nevada Territory."*

162. "As a condition of statehood, the NEVADA ENABLING ACT of 1864 required that the convention adopt an ordinance to establish a clear land title, agreeing and declaring that the

inhabitants (existing at that time) of the newly created *Nevada territory* would 'forever disclaim all right and title to the unappropriated public lands lying within the *said territory*, and that the same shall be and remain at the sole and entire disposition of the United States.' Thus, this enabled the Nevada Territorial land being conveyed to the State of Nevada free from pre-existing (territorial inhabitant) liens.

163. Despite not having the required population qualification to legally become a state, in July 1864 the convention adopted the 1864 NEVADA STATE CONSTITUTION and complied with Congress' directive in the NEVADA ENABLING ACT 1864 by adopting an ordinance disclaiming on behalf of the territorial inhabitants all right and title to the unappropriated public lands within the boundaries of the 1864 Nevada State Constitution being the then *said territory,* as a condition precedent to becoming a sovereign state.

164. On October 31, 1864, Nevada the State was admitted to the Union and President Lincoln was informed that he had received Nevada's electoral votes as had been agreed to in a quid pro quo for additional State land.

165. The United States therefore has held alleged *de facto* possessory title to all of Nevada's unappropriated public lands as reserved within the 1864 State of Nevada constitution identified as and being the then *said territory* that arguably creates an irreconcilable constitutional legal conflict with CHAP. XXXVI Section 1. ACT OF CONGRESS (1864) ENABLING THE PEOPLE OF NEVADA TO FORM A CONSTITUTION AND GOVERNMENT approved March 21, 1864, that reads *"the state, when formed, shall be admitted into the Union upon an equal footing with the original states, in all respects whatsoever".*

166. This conflict and the land provided for within the 1864 Nevada State Constitution is not a matter of consideration in this complaint and is not to be confused with the land provided for within THE ACT.

167. Therefore, the reserved *said territory* speaks specifically to the unappropriated territorial lands within the described geographic Boundaries of the 1864 State of Nevada constitution, as adopted, at Nevada State Article 14.  and  whereas in 1864 the Nevada *said territory* does not provide for territorial land without said Nevada territory.

168. In 1865 Octavius Gass occupied the Mormon Fort then located in the Arizona Territory and presented it to be his and  naming it the Los Vegas ranch.  Octavius never legally purchased the land nor filed federal territorial claims or homesteaded this land and therefore could not legally convey the land to the Stewarts who in turn could not legally sell the land to the Union Pacific of whom the majority owner was William Clark. Therefore Clark could not legally sell or convey the land.

169. On May 5, 1866, the United States Congress approved "An Act Concerning the Boundaries of the State of Nevada" THE ACT.

170. THE ACT represents two new additional portions of federal territorial lands  identified as  the 1866 and 1867 portions of land ceded to the State of Nevada in the form of a land grant, thereinafter constituting State land that has never been Nevada territorial land.

171. On July 2, 1866 the Morill Act is passed.

172. On January 10, 1867 Governor H.G. Blasdel in a historic document delivers the first biennial message to the Nevada Legislature that clearly records the land provided within THE ACT to be lands similarly situated to the 7th, 8th and 9th sections of the Enabling Act. *(See* **EXHIBIT**

**26.** *Page 12 lines14-25  Biennial Message, State of Nevada, Executive Department. Carson City, January 10th, 1867).*

173. These two portions of land (1866-1867) were never a part of the Nevada Territorial Lands and therefore were without the *said territory* as geographically described in the 1864 Nevada State Constitution and subsequently not land subject to the 1864 Nevada Enabling Act.

174. The first portion known as the 1866 portion added to Nevada was withdrawn from the Utah Territory along the eastern border as a political act of retribution against the Mormons for allegedly going to war against the United States from 1857 to 1858.

175. By 1863 the Mormons had asked the United States on three occasions to accept the Utah territory into the Union as a state.  All of which were denied.

176. In 1864 the civil war was moving toward a final resolution and T.B.H. Stenhouse asked Lincoln what policy was to be pursued regarding the Mormons and Lincoln stated, "I propose to just let them alone".

177. The 1864  general reform plan in Washington, D.C. after the civil war included in part eradicating polygamy which  placed  the Utah Territory and the Mormons in the crosshairs of Washington, D.C.

178. On July 4, 1864, the State of Nevada Constitution is ratified, and Nevada becomes a State.

179. On October 31, 1864 Nevada gives Lincoln its electoral votes.

180. In 1865 President Lincoln was assassinated.

181. On May 5, 1866, the State of Nevada received a grant of ceded land estimated to be approximately 11,530,000 acres as memorialized by Nevada's first Governor in his first biennial message of THE HONORABLE GOVERNOR H.G. BLASDELL, delivered to the legislature of

Nevada, January 10, 1867,  EASTERN AND SOUTHERN BOUNDARIES page. *(See* **EXHIBIT 26***. Pages   13-14 Biennial Message, State of Nevada, Executive Department, Carson City, January 10th, 1867).*

182. In 1866 United States Senator Benjamin Wade introduced a Bill aimed at destroying plural marriages, the Mormon church, and the Utah territory altogether.

183. In 1869 United States Congressman James Ashley introduced the Ashley Bill that best reflects the general attitude, disposition and direction  that Washington D.C. had planned for the Mormons including the  dissolution of the Utah Territory as evidenced  with THE WADE BILL in 1866.

184. The western portion of the Utah Territory that was given to the State of Nevada in 1866 represents the first Act by Washington, D.C. intended to eradicate polygamy, punish the  Mormon church  and to minimize or even eliminate the Utah Territory entirely.

185. The Eastern Border of Nevada identified as the 1866 portion of the Act can better be described as federal  territorial lands removed from the Utah Territory and made part of  the State of Nevada consistent in the common knowledge and public understanding of the time that the Utah territory and the Mormons were to be damaged if not  destroyed by Washington D.C. altogether.

186. This alleged historic understanding has been described by the government in the future tense as "anticipated," which is so tenuously vague in an effort to deflect the reality of common knowledge at that time that the Utah territory was to be carved up and pieced out due to polygamy, the Utah (Mormon) War and the federal hatred for the Mormon church.  This alleged "*flexibility*" is synonymous with "*vagueness.*"

187. This 1866 eastern portion of Nevada represented the then general animus in Washington D.C. toward the Mormons at that time. Therefore, "anticipated" is not a valid legal argument that can defeat the aforementioned Nevada Revised Statutes between 1922-1945 in respect to legal land ownership of the land provided for within THE ACT.

188. The entire "anticipated" argument is defeated and laid to rest by the Federal government's purchase of the 80 acres on the Nevada side of the Colorado River for the Boulder/Hoover Dam site and the Lehman Caves which are both party admissions that the Federal government did not own the land which is the subject of this complaint and the above cited Congressional Act which relinquished federal land ownership, as well as any Federal authority and/or jurisdiction over it.

189. In 1872 the United States Congress passed the General Mining Act.

190. A northeast portion of the Utah Territory was carved out in 1876 to serve as the Wyoming territory that in 1890 became the State of Wyoming.

191. An eastern portion of the Utah Territory was carved out and combined with land from within the Louisiana purchase that became the territory of Colorado in 1861.

192. Surprisingly, there existed another group of individuals that the United States (Washington D.C.) despised more than the Mormons that had taken up residence south of the Utah Territory after the civil war in the Arizona Territory.

193. This group consisted of former Confederate Soldiers that had consolidated themselves in the Arizona Territory post-civil war.

194. In 1867 Washington, D.C. decided to give the northwestern portion of Arizona Territory to the State of Nevada's southern border for two general reasons.

195. These reasons were: (1) that Arizona had sided with the Confederacy in the Civil War that created a distrust with a high concentration of Confederate soldiers living in the then eastern Arizona territory; (2) the Colorado river presented a natural land barrier dividing the Arizona territory and preventing continuity of land access.

196. Here again, the Washington, D.C. animus played a significant role in what can better be described as territorial lands removed from Arizona territory as opposed to Arizona territorial lands having been given to the State of Nevada.

197. In 1867 the Nevada Legislature passed by voice ballot a resolution agreeing to accept these two portions of federal territorial lands in the form of a land grant satisfying federal law but failed to take Constitutional possession of the ceded lands. Which means that the State of Nevada did not obtain possessory title and/or jurisdictional authority.

198. These two new portions of land added to the State of Nevada remained relatively unmolested desert lands from 1867 up until 1894 with THE CAREY ACT.

199. In 1868 Archibald and Helen Stewart settled at a ranch in the town of Pioche in what was believed to be in Lincoln County, Nevada that as a matter of fact has never been legally in Lincoln County, Nevada and therefore without Nevada jurisdiction.

200. In 1879 Archibald Stewart loaned Octavius D. Gass $5,000.00 dollars taking Octavius's Los Vegas ranch as security collateral. (The Mormon Fort also in what was believed to be in Lincoln County, Nevada).

201. In 1881 Octavius defaulted on the $5,000.00 loan and Archibald foreclosed on the Los Vegas ranch and in 1882 Archibald and Helen moved into the Los Vegas ranch.

202. In 1891 the FORREST RESERVE ACT is created.

203. The United States on or around 1900 began investigating the potential of the Black Canyon (Boulder Canyon) for the support of a Dam for flood control, irrigation, and hydroelectricity.

204. In 1901 the SAN PEDRO, LOS ANGELES & SALT LAKE RAILROAD was built by William Clark on THE ACT land which was not provided for within the Pacific Railroad Act of 1862. (Clark County is named after this Montana shyster who built his railroad under the false premise that his railroad was included in the Pacific Railroad Act of 1862).

205. In 1901 Las Vegas is established as a railroad steam engine water depot by William Clark.

206. In 1902 Helen Stewart sold the Los Vegas ranch (Mormon Fort) to the SAN PEDRO, LOS ANGELES & SALT LAKE RAILROAD (Union Pacific purchased the land from Stewart).

207. In 1902 the Reclamation Act created the Reclamation Service.

208. Between 1902 and 1907 the United States Reclamation Service began 30 projects in the western states that included projects along the Colorado river.

209. In 1905 the first Hotel was built in Las Vegas, which said land was purchased in an auction.

210. In 1906 the Antiquities Act was passed.

211. In 1909 Clark County is established without the Constitutional authority (physical boundaries) of the Nevada Constitution.  Therefore, as a matter of law Clark County's creation was and is for all legal purposes null and void.

212. In 1909 the Nevada National Forrest(s) are established.

213. In 1910 Edison Electric of California proposes to build a hydroelectric dam along the Colorado River in Nevada.

214. On May 9, 1912, PRESIDENTIAL EXECUTIVE ORDER 1529 was signed by President William Taft to acquire all <u>federally owned land</u> along the Colorado river necessary for future federal development including water for southern California and preserving water rights to the Mono power company and the Owens River Water & Power Company.

215. In 1916 the National Park Service is created.

216. In 1920 Davis Dam on the Colorado river is established and then delayed due to upper river engineering considerations.

217. In 1921 Herbert Hoover, acting as the Secretary of Commerce in Washington D.C. began to influence and push for the Black Canyon development project (Hoover Dam) as a means to address and resolve engineering issues regarding the construction of Davis Dam.

218. In 1922 the Colorado River Compact was signed. Nevada did not have the authority to enter into this agreement because it was not until 1981 that the LCB allegedly extended the Constitutional boundaries of the State to the physical boundaries. So, Nevada's signature on this agreement was and continues to be null and void, which constitutes an administrative color of law action and was signed in an *ultra vires* act.

219. On January 24, 1922, Warren Hardy declares the Lehman Caves a National Monument using the Antiquities Act of 1906 in violation of the Constitution. The Lehman Caves were lands provided for within THE ACT and lands not owned by the United States in 1922.

220. This 1922 Lehman Caves land ownership conflict was realized and believed to be resolved in 1945 by Frank W. Johnson (first director of the BLM) and therefore **NRS 328.340** and then amended to **NRS 328.370** was necessary to correct and convey legal land title and land ownership of the Lehman Caves from the State of Nevada discretely to the United States.

221. In 1923 the United States Reclamation Service name was changed to the United States Bureau of Reclamation [BOR].

222. In 1926 the RECREATION AND PURPOSES ACT was created.

223. In 1928 President Coolidge authorized the Boulder Canyon (Hoover Dam) project.

224. In 1929, Secretary of Interior, Ray Lyman Wilbur while visiting the Boulder Dam area and future reservoir requested the Director of the NPS, Horace Albright, to assess the future of the Lake Mead area for its potential as a National Park. This idea originated with Truman when he was the Secretary of Commerce.

225. Wilbur was a proponent of an administrative conservationist movement in Washington, D.C., that had decided to implement a national land use agenda for the development of National Parks and National Recreational Areas.

226. In 1929 Herbert Hoover was elected President of the United States and signed EXECUTIVE ORDER 5209 to further this conservationist movement under his "Fair Deal" agenda.

227. In 1930 the Hoover Dam site was selected by the BOR.

228. On February 20, 1930, Guy D. Edwards, a National Park Service engineer, recommended a National Park for Lake Mead, in a study conducted for and provided to Director Wilbur. However, Congress was without money for the purchase of non-federal land along the Colorado River.

229. In 1930 Herbert Hoover signed EXECUTIVE ORDERS 5292, 5294 and 5343 that withdrew 4,212 square miles of lands in Arizona and Nevada earmarking these 4.212 square miles as unappropriated public lands for "classification and pending determination" of a National Wildlife Refuge (this circumvented purchasing the land and they instead called it a bird refuge and stole it).

230. In 1930 the United States Department of Interior through the Bureau of Reclamation informally entered into a contract agreement with the State of Nevada to Purchase 80 acres of land that had been selected on the Nevada side of the Colorado River to facilitate the construction of Hoover Dam.

231. In 1931 the City of Boulder City was established to house federal workers and their families through the construction of Hoover Dam. (The NRS does not record a land purchase for the Boulder City property therefore the Boulder City land as of 1866 was not owned by the federal government).

232. In 1931 the United States formally entered into a contract to purchase 80 acres of land owned by the State of Nevada on the Nevada side of the Colorado river as evidenced at **NRS 328.210** and **NRS 238.220** and being land within THE ACT.

233. In 1931 the Davis Dam project that had been previously approved was delayed at the direction of General Land Office [GLO] Commissioner Charles C. Moore pending congressional financing.

234. In 1931 Hoover Dam began Construction.

235. In 1931 Roger W. Toll, superintendent of the National Park Service [NPS] with Minor R Tillotson and Preston P. Patraw were sent by Wilbur to the Boulder Dam (Lake Mead) reservoir area to initially inspect the withdrawn 4,212 square miles of land area for consideration of a National Park.

236. In May of 1932 Wilbur had the team return to the area to more closely examine the withdrawn 4,212 square miles, and its potential use as a National Park.

237. Toll stated that to put a National Park at Boulder Dam (Lake Mead) would be undesirable and may possibly establish a precedent that might endanger existing National Parks.

238. Additionally, Toll stated that the Boulder Canyon project included statutory limitations that restricted the United States Bureau of Reclamation to flood control, irrigation, and power generation.

239. These restrictions limited the United States Department of Interior from free unfettered land use in its desire to develop National Parks and National Recreational Areas along the Colorado river.

240. In July of 1932 the Toiyabe National Forrest was added to the federal national forests within Nevada.

241. In 1932, the United States Bureau of Public Roads [USBPR], W.R.F. Wallace recommended major roads be built throughout the Boulder Dam (Lake Mead) reservoir area.

242. In 1932 President Hoover Signs EXECUTIVE ORDER 5843 revoking Executive Order 1529 of May 9, 1912, regarding lands within the Mount Diablo Meridian, California. *(the Mount Diablo Meridian is a geographic survey landmark that includes all of land within the Nevada border).*

243. In 1933 Frank W. Johnson replaced Charles C. Moore and began serving as the Commissioner of the General Land Office up until 1946 when he became the first director of the BLM.

244. In 1933, Bureau of Reclamation [BOR] engineer Lloyd Joseph Hudlow was sent to assist in the survey of the Boulder Dam (Lake Mead) reservoir and became the project Manager of the Boulder Canyon Project.

245. In February 1933 the National Park Service agreed to allow public roads to be built throughout the Boulder Dam (Lake Mead) reservoir area as the precursor that would become the Work Progress Administration in 1935 and later the Works Project Administration in 1939.

246. At the reluctance of NPS Director Horace Albright, President Herbert Hoover, on March 3, 1933, acting in consideration to the benefit of the administrative conservationist movement signed EXECUTIVE ORDER 6065.

247. In 1933, Executive Order 6065 declared that 4,212 square miles of Arizona and Nevada land be reserved "under consideration" as a NPS park to be designated in the future for a Federal National Wildlife Refuge. [28]

248. With EXECUTIVE ORDER 6065 in place, the administrative conservationist movement had established a pretense and foothold to obfuscate Nevada land ownership and build the nation's first National Recreational Area [NRA] under the auspice of a wildlife refuge along the Colorado River to be located at the Boulder Dam (Lake Mead) reservoir, thus this area was informally designated the Lake Mead Recreational Area. (note the incremental encroachment by the federal government on the state's jurisdiction, first by the use of words, then by executive orders, and then physically).

249. A significant portion of the land provided for in EXECUTIVE ORDER 6505 is appropriated land within the boundaries of the State of Nevada as provided for within THE ACT and IS NOT land owned by the United States.

250. EXECUTIVE ORDER 6065 was signed into law on March 3, 1933 (on Friday, the last weekday of his term), and President Herbert Hoover's second to last day in office, in violation of the Constitution, as the part the Nevada lands contained within the 4,212 square miles are provided for within THE ACT are not owned by the United States nor could they be reserved.

---

[28] As the property was not "taken" at that time and was only "reserved" this was a precursor to the land grab.  In other words they took the land issue to the line and standing right on it, with the idea that the next guy would push it over the line because the next guy would "assume" that when it was "reserved" that it was owned by the federal government and that they would act accordingly.  So the entire program was designed to take on the "appearance" of legitimacy.  This shows that the entire domino set up was carefully planned and originated with Truman who was at that time with the Department of Commerce.

251. EXECUTIVE ORDER 6065 (1933) in consideration of the appropriated lands provided for within THE ACT can only be applied to unappropriated federal territorial land, military purposed land acquired by due course of a land transfer and land purchased by the United States and recorded in a chain of title.

252. In 1933 President Roosevelt was elected President and the "New Deal" had arrived including Harold Ickes becoming the new Secretary of Interior.  The "New Deal" came after the "Fair Deal" under Hoover.

253. In 1933 Harold Ickes, immediately issued a memorandum at Roosevelts instruction that Hoover Dam was to be referred to *only* as Boulder Dam and not as Hoover Dam.

254. In 1934 the United States passes the TAYLOR GRAZING ACT establishing fee-based leasing upon federal unappropriated land, which the unappropriated land within THE ACT were not subject to (consisting of the lands upon which the Bundy's cattle graze).

255. In 1936 the National Park Service formally named the Boulder Dam Recreational Area as the Lake Mead Recreational Area.

256. In 1936 the United States establishes the PAHRANAGAT NATIONAL WILDLIFE REFUGE.

257. In 1936 a piece of land originally described as the Lake Mead reservoir area was identified and made into the Boulder Dam Recreational Area by the NPS (who didn't own the land).  What the NPS did with this land was to create an area for visitors on Nevada's land.  When the State did not object the NPS simply assumed ownership and have since pretended (squatted on the land) and claimed to be the owner.

258. In 1941 the United States General Land Office [GLO] under Director Frank W. Johnson paid the State of Nevada the agreed amount of $600.00 for the 80 acres of land on the

Nevada side of the Colorado River of which Hoover Dam now rests as recorded at **NRS 328.210** and **NRS 328.220**.

259. In 1941 the United States Military purchased the land consisting of a privately owned airfield and created the Nellis Air Force Base.  Again, a party admission that the federal government understood that the United States did not own THE ACT land as of 1941.

260. In 1944 Davis Dam began Construction[29] 78 miles south of Hoover Dam on land provided for within THE ACT with land payment by the United States to the State of Nevada as with Hoover Dam to be paid upon completion in 1952.

261. In 1945 the United States GLO under Director Frank W. Johnson  negotiated the conveyance of a piece of land identified in **NRS 328.340** and later **NRS 328.370,** in an attempt to correct an illegal 1922 PRESIDENTIAL PROCLAMATION that cited the ANTIQUITIES ACT OF 1906 as the legal authority to place the LEHMAN CAVES NATIONAL MONUMENT on Nevada 1866 land (THE ACT land).  This correction was futile (as a matter of law) due to the fact that the White Pine County Commissioners did not have the constitutional authority of the State of Nevada and were therefore, not a lawful political subdivision of the State.

262. In 1945 Nevada begins the initial process of creating the Nevada Revised Statutes (the soon to be codified version of the Nevada Statutes at Large).

263. In 1945 Nevada approves the contract with  Russell West McDonald who was on the Statutory Revision Commission working on codifying Nevada's Statutes at Large.  Out of this came the Legislative Counsel Bureau [LCB] to guide Nevada lawmakers and assist and coordinate the Nevada lawmaking process, *e.g.*, writing bills for Legislators and providing many other services.

---

[29] Because of engineering problems with holding the water back.  Hoover Dam needed to be built first.

264. April 12, 1945 Truman becomes President.

265. In 1946 at the direction of President Truman the United States Department of Interior merged the General Land Office [GLO] and the Grazing Service creating the United States BLM.

266. In 1946 Frank W. Johnson moves from the Commissioner of the GLO to becoming the first BLM Director under the Department of Interior [DOI] Director, J.A. Krug.

267. In 1947 the NPS renames the Boulder Dam Recreational Area to the Lake Mead Recreational Area [LMRA] and Frank W. Johnson informs his boss Department of Interior Julius A. Krug that the Boulder Dam Recreational Area is property that rests upon land not owned by the United States.

268. President Truman when informed of this land ownership conflict by Julius A. Krug, has Krug notify Frank W. Johnson that he is going to be replaced by Marion Clawson in 1948 and that Frank W. Johnson **is to do nothing** to interfere with the creation of the LMRA.

269. In 1951 Davis Dam was completed and the appropriated Nevada lands upon which Davis Dam now rests were not paid for at direction of Truman and Krug  claiming this land was now considered to be land part of the 4,212 square miles reserved and subsequently was land now owned by the United States.  As of December 5, 2022, this land can now only be legally conveyed to the United States by Michael Little.

270. In 1952 the BLM acting under the direction of the Truman Administration and Nevada U.S. Senator Alan Bible illegally negotiated a land purchase agreement (fraud) with Howard Hughes for 25,000 acres of land located at the western foothills of the Las Vegas Valley (known as Summerlin) in exchange for several pieces of northern Nevada Land and $75,000.00. These 25,000 acres of land are subject to THE ACT and was knowingly not owned by the United

States, thus representing the beginning of the  BLM's  fraudulent sale of the lands owned by the people of Nevada as provided for within THE ACT.

271. In 1952 the Truman Administration is exposed as being thoroughly corrupt and because of this corruption Truman is not re-elected.

272. In 1952 Nevada adopts the Nevada Revised Statutes to replace Nevada Statutes at Large and footnotes A DISCLAIMER at TITLE 26 - PUBLIC LANDS that sets forth the CONFIRMATION OF TITLE IN PURCHASES OF STATE LANDS BETWEEN MARCH 3, 1887, AND JULY 3, 1997. *(See* **EXHIBIT 27.** *TITLE 26 – PUBLIC LAND).*  The sum and substance of this Disclaimer was that the LCB was effectively announcing to the public that it had no record of land transfers before 1887 and was no longer recording land transfers between the State and the federal government, because Nevada had acquiesced the unclaimed public lands in THE ACT; as an example of this was the sale/transfer of the lands associated with the Nevada/Florida Land Exchange Act of 1988 (nka: the Coyote Springs Master Plan Community); the failure of the Nevada Legislature to list this land transfer in the Statutes is a party admission that the State no longer claims ownership to these lands.  So, the State through the LCB makes a footnote disclaimer refusing to recognize any public lands acquired prior to March 3, 1887 as they knew of the 1866 lands and simply attempted to delete history.[30] By Failing to make any claim upon these public lands [THE ACT] after 1945 including any land claim with Question No. 5. on the 1979/1981 ballot that failed to mention THE ACT,  the State of Nevada  has legally abandoned any legal land ownership claims and therefore THE ACT lands are without Nevada authority or jurisdiction.

---

[30] It appears that the LCB recognized THE ACT lands of 1866 and therefore, made a disclaimer and only recognized legal land transfers after 1887, thus informally setting aside THE ACT.  They knew of THE ACT because it is in the Statutes with the sale of the public unclaimed land sold to the federal government to build Hoover Dam.  So the LCB turned a blind eye to this significant legal occurrence.

273. In 1964 the defendants changed the Lake Mead Recreational Area to the Lake Mead National Recreational Area. **[LMNRA]** The LMNRA was created administratively through PUBLIC LAW 88-639 in violation of federal law [THE ACT] and therefore PUBLIC LAW 88-639 pertaining to the LMNRA is void *ab initio*. *(See **EXHIBIT 28**. Public Law 88-639).* It should be noted that this entire process of morphing the Boulder Dam Recreation Area into the LMNRA was complete without legal ownership.  Instead of purchasing the land from the State of Nevada, Congress (in violation of a Congressional Act) simply passes PL-88-639 and transferred this improperly created area of land (which was not owned by the federal government) and combined it with lands that it alleged was land legally owned by the United States.   This Public Law in no way legitimized this land transfer.  It appears that this was simply a ruse to create the appearance of federal land ownership and specifically dealt with the "administration" of the area(s) described in the Act.  This is what has led to the enigma that the public is now left with.  How did Michael Little legally became the owner of THE ACT lands of which these properties now rest upon?  The question now is who is legally and financially liable to the damaged parties?  Would it be the title companies or Washington D.C. or both?  Or can Washington D.C. make this matter go away by LAWFARE or by simply eliminating Michael Little.

274. In 1964 the LMRNA was placed under the NPS ultimately fulfilling the Washington, D.C. conservation movement's objective initiated in 1929 by then Secretary of Interior Ray Lyman Wilbur.

275. In 1964 the National Park Service established the "Allotment" at Lake Mead upon land provided within THE ACT in violation of federal law.

276. This *Chronological Timeline, History And Understanding Of Nevada* is a historic summation that is not inclusive and that is included in this complaint  as  deemed important to

establish some historic timeline necessary to clearly identify and frame the course events which defendants have acted to obfuscate legal land ownership upon the lands provided for within THE ACT. The reader is encouraged to cross refence this chronology and to further research the history of Nevada to more fully understand the nature and purpose of this complaint.

277. Plaintiffs believe that it was the 1952 Howard Hughes land (Summerlin) sale in concert with the Truman Administration's corruption as is historically recorded is what required agents of the United States to adopt the 1848 Treaty of Guadalupe Hildalgo land obfuscation argument. This Howard Hughes land was not land included in the 4,212 square miles and therefore the Treaty of Guadalupe Hidalgo supported the Antiquities Act and therefore became the seminal obfuscation pretense and Defendants blanket land ownership claim that has since been used as a federal land claim upon the entire ownership of the land provided for within THE ACT.

278. Prior to the 1952 Howard Hughes Land Purchase and beginning in 1946 (with the BLM) and with the introduction of the 1848 TREATY OF GUADALUPE HIDALGO legal argument, the United States relied solely upon the ANTIQUITIES ACT OF 1906 as evidenced at **NRS 328.340** to illegally claim certain desired land within THE ACT. The government created the 1848 TREATY OF GUDALUPE-HILDALGO as a pretense to expand certain lands surrounding Lake Mead (4,212 sq miles, estimated to be approximately 10% of THE ACT lands) to include all of the lands within THE ACT (totaling 11,530,000 acres).

279. In 1979 the LCB on behalf of the State of Nevada proposes, drafts and presents a Nevada State referendum to the people of Nevada as a correction of the Boundaries into conformance with the Constitution that were intended in 1867 with the additional lands provided

for within THE ACT citing "*flexibility*," yet omitting  any land claim or reference  of land ownership and/or THE ACT.

280. In 1981 the people of Nevada pass the referendum to accept the Boundary change as described at the referendum. *(See* **EXHIBIT 29.   *Question No. 5 Amendment to the Constitution).*** Ironically, as a matter of law The people voting on this referendum that were physically situate within THE ACT lands which were outside the Constitutional authority of the State of Nevada; and, therefore they voted illegally on the referendum.   Therefore, the Referendum was never passed lawfully and is NULL & VOID.   Therefore, the LCB in their effort to defraud the People by not disclosing the true nature of the Amendment (THE ACT lands) committed malversion and therefore the Amendment itself is null and void.  This means that the Constitutional authority of the State was never and is still not extended to THE ACT lands (1867).

281. The 1981 State of Nevada referendum failed to include the 1866 borders of the State of Nevada citing that this parcel of land had been "anticipated" in the 1864 Nevada Enabling Act. This anticipation argument is legally mischaracterized and therefore at present the 1866 parcel of land remains legally without the boundaries of the Nevada State Constitution and yet not territorial land that is or can be considered federal land.

282. The  United States as historically recorded  began plotting their Nevada land grab in 1929 with the first conscious action being put in place beginning in 1930 with a host of subsequent pre-emptive Presidential Executive Orders to follow.

283. A montage of Executive Orders cites congressionally delegated authority to the Executive Branch through the ANTIQUITIES ACT OF 1906 as the legal basis  for obtaining the non-federally owned appropriated land contained within THE ACT.  The Executive Orders that effectuated these violations of Constitutional Law and Rights are: **(see EXHIBIT 30)**

| EXECUTIVE ORDER | 1529 | (May 9, 1912) | President Taft (R) |
| EXECUTIVE ORDER | 1618 | (January 24, 1922) | President Harding (R) |
| EXECUTIVE ORDER | 5292 | (March 5, 1930) | President Hoover (R) |
| EXECUTIVE ORDER | 5294 | (March 5, 1930) | President Hoover(R) |
| EXECUTIVE ORDER | 5343 | (May 6, 1930) | President Hoover (R) |
| EXECUTIVE ORDER | 5344 | (May 8, 1930) | President Hoover(R) |
| EXECUTIVE ORDER | 5496 | (November 22, 1930) | President Hoover (R) |
| EXECUTIVE ORDER | 5531 | (April 16, 1931) | President Hoover(R) |
| EXECUTIVE ORDER | 5843 | (April 28, 1932) | President Hoover(R) |
| EXECUTIVE ORDER | 5902 | (August 18, 1932) | President Hoover (R) |
| EXECUTIVE ORDER | 6065 | (March 3, 1933) | President Hoover(R) |
| EXECUTIVE ORDER | PUBLIC LAW NO. 88-639 | | President Johnson (D) (1964) |
| EXECUTIVE ORDER | PUBLIC LAW NO. 100-275 | | President Regan (R) (1988) |
| EXECUTIVE ORDER | 9559 | (July 10, 2015) | President Obama (D) |
| EXECUTIVE ORDER | 9681 | (December 28, 2017) | President Obama (D) |
| EXECUTIVE ORDER | 10533 | (March 23, 2023) | President Biden (D) |

284. Between President Obama and President Biden in only eight years from 2015 through 2023 citing 320301 Title 54 USC the ANTIQUITIES ACT OF 1906 in violation of the Constitution and with the blessings of the State of Nevada  (Nevada elected  Representatives) have stolen 1,510,814 acres of appropriated Nevada land [THE ACT] which was legally owned by the people of Nevada.  Fortunately, Michael Little now legally owns this land [THE ACT] and the people of Nevada are going to get it back with a new usury mortgage capped at 1%.  (The Michael Little

1% Nevada Homestead Act).  All that Mortgage interest can now be spent on families for those people that support the Act.

285. The preceding summary and chronological history, timeline and a cast of nefarious characters established three facts pertinent to this complaint: These facts are: (1) that **NRS 328.210**, **NRS 328.220**, **NRS 328.340, NRS 328.360, NRS 328.370** and **NRS 328.380** factually refute any legal argument(s) presented by the United States of having never relinquished legal land ownership of the land provided for within THE ACT as a result of the 1848 the TREATY OF GUADALUPE HIDALGO; (2) In the absence of land ownership derived from the 1848 TREATY OF GUADALUPE HIDALGO, and never having been relinquished, the United States must rely upon the 1933 EXECUTIVE ORDER 6065 as a basis for legal ownership of land provided for within; THE ACT and, (3) Executive Order 6505 derives its constitutionally delegated authority from 320301 Title 54 USC THE  ANTIQUITIES ACT OF 1906, and whereas the Antiquities Act of 1906 claim is defeated by **NRS 328.210**, **NRS 328.220**, **NRS 328.340, NRS 328.360, NRS 328.370** and **NRS 328.380** and thus defeating all Presidential Executive Orders and Presidential Proclamations that have allegedly derived authority from the Antiquities Act of 1906 relating to land provided for within THE ACT. Therefore all such Executive Orders and Proclamations are in violation of THE ACT and therefore are in violation of federal law and the United States Constitution and are subsequently *null and void* as a matter of law.

286. Therefore, all alleged United States land ownership claims upon lands provided for within THE ACT without a recorded legal due course of land transfer in a chain of title are without the congressionally delegated authority of the ANTIQUITIES ACT OF 1906.  Therefore, the above seminal Presidential Executive Order(s) are null and void *ab initio* and therefore, all the putative federal activities upon the ACT lands are illegal.

287. This legal reality and complaint place the constitutionally delegated authority of the ANTIQUITIES ACT OF 1906 in direct conflict with the plenary power of Congress and the Supremacy Clause regarding THE ACT. The 1906 ANTIQUITIES ACT has been fraudulently used to circumvent Congressional law by the Executive Branch that violates the Separation of powers Act and denies the inhabitants of the State of Nevada a Republican form of government, which the Federal government's contract (through the NEVADA ENABLING ACT) guarantees them. Therefore, the United States is in breach of the contract with the people of Nevada through long arm fraud, stealth fraud and intrinsic fraud.

288. Therefore, the land provided for within THE ACT is land legally owned by the PEOPLE of Nevada as expressed in the 10th Amendment, wherein the Rights not mentioned or reserved to the United States, or the State of Nevada are guaranteed as those of the PEOPLE.

289. Accordingly, the PEOPLE (of the State of Nevada) have a legal right of claim upon the land provided for within THE ACT as guaranteed by the 10th Amendment of the United States.

290. Therefore, including but not limited to EXECUTIVE ORDER 6505 all EXECUTIVE ORDERS, PRESIDENTIAL PROCLAMATIONS and PUBLIC LAWS pertaining to land provided for within THE ACT represents a trespass of law in violation of THE ACT.

291. Up until 1900 the primary interest of the federal government within the State of Nevada was focused mostly on northern Nevada as southern Nevada consisted of what was then described as desert wasteland.

292. With the Black Canyon and the Boulder/Hoover Dam projects in conjunction with the Los Angles California Area growth in the 1920's and with federal influence the primary interest within the State of Nevada was refocused on southern Nevada and the land along the Colorado River for agriculture, flood control and hydroelectricity to service California.

293. The United States by/and through certain political actors and special interested parties beginning in 1929 began to set in place a "public narrative " to obfuscate the legal land ownership of certain Nevada land along the Colorado River that are provided for within THE ACT under the pretense of "in the greater good of the public interest".

294. This "in the public interest" guise was created to garner public support allowing a group of Washington, D.C. elitist and special interested groups to exploit and expropriate Nevada land through the unlawful use of the ANTIQUITIES ACT OF 1906. Neither the Executive Branch or the Legislative Branch including the administrative agencies of government have the authority to apply and/or benefit from the ANTIQUITIES ACT OF 1906 on non-federal land respectively. And certainly not from appropriated private non federal land as is the current situation with THE ACT lands in Nevada.

295. The above aforementioned montage of unlawfully applied Executive Order(s) paved the way for the parade of (past and present) unscrupulous State and Federal elected officials to unlawfully separate the people of Nevada from both their land and the exercise of their constitutional rights upon said land, as well as a tacit violation of Nevada's Enabling Act as evidenced by the illegal PRESIDENTIAL PROCLAMATION 10533 - Establishment of the *MONUMENT*.

296. The aforementioned pertinent Executive Orders all allegedly derive their Presidential Proclamatory congressional delegated authority respectively from the ANTIQUITIES ACT OF 1906.

297. Therefore, all of the aforementioned and exhibited Executive Orders reside squarely in the same legal box as PRESIDENTIAL PROCLAMATION 10533 - Establishment of the *MONUMENT*. Being the box titled "*VOID AB INITIO.*"

298. Therefore, as a matter of law these Executive Orders conflict and are inferior to THE ACT.

299. Therefore, as a whole, these Executive Orders represent systemic long arm, stealth and extrinsic fraud being operated to date out of Washington, D.C. which has committed a plethora of illegal acts necessary to perpetuate this fraud by protection and enforcement through the federal bench/judiciary, including but not limited to the DOJ, the FBI, the BLM, the US Military, the NPS, the ATF and other unknown alphabet organizations whose duties entail black operations funded with questionable dark money. The defendants in committing this fraud have flagrantly engaged in RICO ACT violations and Treason.

300. This systemic fraud is recognized as lawfare that relies upon judicial complicity from within the federal court system through bias and prejudice supported by subjective interpretation of historic facts to mitigate and set aside legal contracts such as evidenced by THE ACT and the 1864 Nevada State Constitution.

301. Whereas THE ACT when presented as evidence that the United States relinquished legal land ownership resulted in the criminal case(s) against Nevada ranchers Cliven and Ryan Bundy including the ORDER-AND-REPORT OF FINDINGS AND RECOMENDATIONS prepared by U.S. Magistrate Peggy A. Leen *de novo* to be dismissed by U.S. District Judge Gloria M. Navarro of whom both cite repeatedly that specious precedents establish *stare decisis* to be the law found consistently within the federal courts that conclusively established that the land provided for within THE ACT as *unappropriated* federal territorial land and as such is land owned by the United States. This is simply factually not true.

302. This clear bias and prejudice supported with erroneous court rulings and illegal judicial rulings established a system of *stare decisis* which has resulted in the judicial

sequestration dealing with any legal argument citing THE ACT of which the United States District Court, District of Nevada  has summarily described as a "novel argument," *(See* **EXHIBIT 8,** ***United States v. Bundy,*** *U.S. Magistrate Peggy A. Leen Order-And-Report Of Findings And Recommendations; P. 17 lines 1.-9.)* and further *(See* **EXHIBIT 9**. *P. 5. Lines 14-20;* ***United States of America vs. Cliven Bundy****; Case No. 2:16-cr-46-GMN-PAL* **Order,** *Gloria M. Navarro, Chief Judge United States District Court, District of Nevada,* of which both Leen and Navarro appear to view THE ACT with contempt and intentionally concealed THE ACT from being included in the Court's final decision (it is believed that this is because it would unravel decades of fraud and ultra vires acts by the federal government and open a Pandora's Box of federal liability exposure).

303. This contempt and judicial sequestration of THE ACT over decades creates an extraordinary condition that favorably positions this complaint pending a dilatory decision from this Honorable court that supports a plain speedy and adequate remedy of a Writ of Mandamus to the United States Supreme Court that would further demonstrate and expose a Nevada Federal District Court bias and prejudice on this subject.

304. The ANTIQUITIES ACT OF 1906 has been  fraudulently presented by the defendants as the legal basis to support legal land ownership claims by the United States upon  certain lands within THE ACT beginning in 1922 to present.

305. With the creation and establishment of the BLM by the Truman administration and the replacement of Frank W. Johnson in 1948 as the Director of the BLM the federal government through the BLM immediately began expanding claims within THE ACT lands.

306. Frank W. Johnson had negotiated the last land transactions in 1945 between the United States and the State of Nevada in legal observance of the lands provided for with THE ACT as memorialized by Nevada Revised Statutes. Then the BLM exposed its seedy underbelly

through its racketeering enterprise in 1952 with the sale of 25,000 acres of land without the 4,212 square miles along the western foothills of Las Vegas, Nevada to Howard Hughes (nka: Summerlin).

307. The BLM beginning in 1947 has refused to recognize the legal ownership of the lands within THE ACT and has through malversion by recruitment and participation of the Department of Interior, the DOJ, the FBI, the BLM, the NPS and the State of Nevada with politically influenced complicity of the Nevada Federal District Courts and *corrupt* Nevada federal representatives believed they had gotten away with stealing 11,530, 000 acres of land from the people of Nevada. "Little says hold on a minute, there partner"!  Not so fast!

308. The United States has maintained unlawful federal control over said lands that includes illegal physical force and illegal federal incarceration for those individuals and/or groups that dare challenge the existing federal neocon deep state political rule based government that initiates and protects fraudulent land dealings in Nevada, *e.g.;* S.854 – NEVADA - FLORIDA LAND EXCHANGE ACT OF 1988, Coyote Springs and the 114th Congress (2015-2016) and the MOAPA BAND OF PAIUTES LAND CONVEYANCE ACT that paved the way for special interest and the Chinese Moapa Southern Paiute Solar Project, which was illegally negotiated by Harry Reid on land NOT owned by the United States.

309. The BLM's 25,000-acre fraudulent transfer to Howard Hughes through an illegal land sale represented a false flag operation to determine the actual extent of which the Deep State could be relied upon by certain nefarious political and private actors in Washington D.C. to facilitate future theft of high valued Nevada land provided for within THE ACT.

310. The defendants created the pretense of the 1848 TREATY OF GUADALUPE HIDALGO in 1952 as the controlling act, not realizing that future technology and unlimited access of

information would eventually expose the defendants as nothing more than a criminal cartel. The 1848 TREATY OF GUADALUPE HIDALGO land ownership pretense established a path for both State and Federal elected officials to deceive their constituents in order to illegally and immorally rape, plunder, and pillage unclaimed lands, such as in the case of Joseph Robinette Biden, acting on behalf and in conjunction with Nevada Congresswoman Dina Titus, to illegally establish the **Presidential Proclamation 10533 - *MONUMENT*.** This Presidential Proclamation under the rule of law is simply straight up fraud and theft.

## SUMMARY OF CHAIN OF TITLE

311. The United States was the *initial owner* and possessory title holder of a parcel of land comprised of 11,530,000 acres as identified and provided for within THE ACT from February 2, 1848, up until July 5, 1866.

312. The 1848 TREATY OF GUADALUPE HILDALGO is a historic document date and time certain recording a land transfer of possessory title and ownership from the nation of Mexico to the United States by legal due course that is recorded in a chain of title.

313. The ACT OF CONGRESS (1864) ENABLING THE PEOPLE OF THE STATE OF NEVADA TO FORM A CONSTITUTION AND STATE GOVERNMENT approved March 21, 1864, is a historic documents time certain recording a land transfer of possessory title and ownership of certain lands from within the 1848 TREATY OF THE GUDALUPE HILDALGO described at CHAP. XXXVI Sec, 2. Boundaries of state from the United States to the people of Nevada by legal due course that is a link recorded in a chain of title – which did not and does not include the lands provided for within THE ACT.

314. The 1864 CONSTITUTION OF THE STATE OF NEVADA signed Oct. 31, 1864, is a historic document date and time certain contract recording terms and conditions including ARTICLE 14,

94

BOUNDARIES OF THE STATE that establish the geographic land and land area subject to said contract that became known as the State of Nevada by legal due course that is recorded in a chain of title – which did not and does not include the lands provided for within THE ACT.

315. THE ACT is an historic documents date and time certain of a land transfer of possessory title and land ownership transferring certain other lands from within the 1848 TREATY OF GUDALUPE HILDALGO by the United States to the people of Nevada by legal due course that is recorded in the chain of title.

316. The **NRS 328.210**, **NRS 328.220**, **NRS 328.340**, **NRS 328.360**, **NRS 328.370** and **NRS 328.380** are historic documents of date and time certain that Nevada understood that THE ACT lands, as provided to them, indicated that the United States government had/was relinquished/ing the ownership thereof.  Nevada, failed to complete the constitutional requirements to legally obtain possessory ownership of said lands within THE ACT, as such, this establishes that Nevada abandoned these lands which were now within their alleged designated "geographical boundaries."

317. Plaintiff Michael Little did legally place a land ownership claim on December 5, 2022, upon the statutorily abandoned appropriated land provided for within THE ACT which is a historic document date and time certain of a holders possessory title and land ownership transfer in a chain of title and subject to the Common law, the 9th and 10th Amendments of the United States.

318. The Nevada Revised Statutes at **NRS 328.210**, **NRS 328.220**, **NRS 328.340**, **NRS 328.360**, **NRS 328.370** and **NRS 328.380** establish that at some point in time prior to 1945 the United States did relinquish and did convey, by a legal land transfer, in due course, possessory

title and ownership of 11,530,000 acres of land to the people of Nevada (not the State) as provided for and described within THE ACT.

## IN SUMMATION

319. THE ACT lands became abandoned western frontier lands beginning in 1867 up until December 5, 2022, (constituting 157 years). Abandoned means without Nevada Constitutional authority and jurisdiction therefore constitutionally and statutorily unclaimed.

320. As of the aforementioned date, THE ACT lands legally belong to Plaintiff Michael Little, in recognition of Little's realization of the systemic federal corruption including Nevada's abandonment of legal land ownership. Little filed his claim upon the vacated right of land ownership regarding the disposition of THE ACT lands, a claim which was filed on a date and time certain through documents filed with the Nevada Courts claiming legal possessory ownership of said greater parcel of land, which said land includes the entirety of the lands set forth within THE ACT. Michael Little's claim, stands as the only lawfully recorded and therefore legitimate claim, by virtue of the facts that the State of Nevada has repeatedly abandoned all ownership interest in THE ACT lands Legislatively beginning in 1867, (1) failure to formally amend the Nevada Constitution) and publicly in 1946, (2) allow the BLM to control, manage and sell THE ACT land) and constitutionally in 1979-1981 (3) to formally amend the Nevada Constitution without placing a legal land claim upon THE ACT lands.[31]

321. The legal activities and public actions of the State of Nevada over the last 78 years beginning in 1946 constitute a public abandonment of the people of Nevada's land in the failure of the State of Nevada to assertively lay claim upon certain appropriated land and is a breach of the public trust.

---

[31] See **NRS 321.598**, Nevada Revised Statutes – Disposal of Public Lands; Legislative authorization required.

322. Plaintiff Michael Little has assigned the land consisting of approximately 11,530,000 acres to hereinafter be recognized as -- Little, Nevada and the regional seat for the AMERICAN NATIONAL PEOPLE'S PARTY [ANPP] to thwart state and federal overreaching and said joint governments' uniparty efforts to diminish the Bill of Rights[32] under the administrative *color of law*. Whereas the establishment and formation of the ANPP is not repugnant to or in violation of the States or the United States Constitutions respectively. So, the ANPP constitutes a legal civil process for the People to establish a State Bank and TAKE BACK AMERICA.

323. Whereas the ANPP is not a succession from the United States merely a new entity (political party) created to unify Blue Dog Democrats with Conservative Republicans in a national interest that desirous of restoring and maintain the integrity of the Bill of Rights and our National Culture and Heritage which does not recognize Washington, D.C.'s promotion of abusive banking policies, promotion of usury Zionism and pedophilia (or its subpart "called grooming") under any alternative term or acronym as an individual right provided for within the original Bill of Rights.

324. The ANPP is a Bill of Rights collective of American Culture where the law is derived from the Law of Nature and Nature's God, as Laws (the same law which is referred to in the Declaration of Independence - 1776) where the Rule of Law is superior to the Color of Law and provides a court for what has now become known as "the peasant class" in this Country. This is necessary because Common Sense has become tainted by ideologies that were foreign to our Founding Fathers concept of God and Country (*e.g.*, predominantly ideas of Marxist origin, which are destructive to the core values and ideologies of freedom, *i.e.*, the idea of a free lunch, institutional directive of evolution, nonexistent climate change designed to create carbon taxes to destroy the food supply, class warfare, gender dysphoria, collectivism, tribalism, *etc.*, all

---

[32] See book: The Law: The War On Words And Perception. Available on Amazon.

ideologies intended to destroy the family unit and replace it with the nanny state, criminalize Christianity, declare moral values hate crimes and generally destroy the American fabric that was the foundation of America which created this once great Nation).

## LEGAL REMEDY REGARDING THE NEVADA 1866
## STATE AND FEDERAL LAND FRAUD

325. Who then owns the lands which are those lands addressed in the 1866-67 ACT LANDS?  Clearly, the United States government conveyed and ceded their interest in 1866 in THE ACT lands.  Nevada then failed to properly acknowledge this transfer by amending Nevada's constitution.  Then, the United States purchased 80 acres of land to build Hoover Dam from Nevada, which constituted a party admission that the federal government did not own the unclaimed public lands within THE ACT.  The federal government then reaffirmed their position with the Lehman Caves National Monument, wherein the United States government acknowledged, once again, that they did not own the unclaimed public lands within THE ACT. So the federal government again had to have the State convey these unclaimed public lands within THE ACT, which constituted yet another party admission that the federal government did not own the land and therefore, constitutes an irrebuttable presumption that the United States government does not own the land.

Yet, even though the federal government has repeatedly admitted that they don't own the land in THE ACT, the federal government created the Bureau of Land Management [BLM] and worked behind the scenes with Nevada's representative (both state and federal) to commit a fraud that the federal government continued to own the land by simply instructing the BLM to begin exercising control over the land regardless of ownership.  This is in complete deference to the decision in *Rhode Island v. Common Wealth of Massachusetts*, 12 Pet. 657, 37 U.S. 657 (1838),.which states in pertinent part that,

"[T]he United States could not take any vacant land within the boundary of a state. Hence resulted the principles laid down by this Court in *Harcourt and Gaillard, 12 Wheat. 526,* that the boundaries of the United States were the external boundaries of the several states; and that the United States did not acquire any territory by the treaty of peace, in 1783"

326.    As to whom the guilty parties are is irrelevant, but what is relevant is that it happened and it was fomented through a conspiracy between state and federal political entities committing malversion.. Just a note, being found guilty of malfeasance (a lesser offense) is punishable by never being able to EVER hold another public office (not even as a dog catcher).

327. The next question then becomes well then if the Federal government doesn't own the land, the State must own the land?  The answer to this seems to follow the same dirt road that the federal government has attempted to take everyone down.  It must be understood that the BLM has been selling and leasing land situate within what has become known as Clark County.  One hundred percent of Clark County lies within THE ACT lands.  Over the last 70 years the BLM has been selling off high valued land primarily in what is known as Clark County and each and every time that a sale was performed, the State of Nevada has NEVER objected.  This failure of the State to act or to object each time that a property was sold was a reaffirming party admission by the State that they did not own the land.

328. So, the federal government ceded the land to the State and then turned around and simply acted like they owned it.  The State has acted like they owned it and sold land to the federal government and then turned around and denied that they own it.  The actions of the State and federal government are completely incongruous and completely obliterates either position maintained by either of the governments.  The only legitimate answer is that neither of them own the lands within THE ACT.  Neither of these governmental entities have a legitimate claim to the

land.  Therefore, MICHAEL LITTLE, claims the lands which neither the State nor the federal governments owns.  The only legitimate claim to these unclaimed lands is now LITTLE'S claim.

329. To hold that LITTLE's claim is invalid or irrelevant would mean that this Honorable Court would have to support the fraud perpetrated by both the State and the Federal government. This is a position that the courts have completely avoided as is evidenced in the Bundy criminal case, and rightly so.  Because if this Honorable were to recognize this enigma it would be forced to acknowledge that both the State and the Federal governments committed fraud.  To deny this the Court would be committing a fraud itself and become complicit with the conspiracy.  So now, we are faced with a conundrum.  Therefore, the only ruling that this Court may make without involving itself in the malversion and criminal activities of the State and Federal government is to grant the relief requested in this complaint.  This Court is bound by the Constitution to recognize THE ACT as controlling federal law.  As the State of Nevada is not a party to this action, the court does not have to make a decision in that regard.  The Court therefore has no choice but to grant the relief requested in the complaint.

### CONCLUSION

330. Plaintiff Michael Little is withholding additional facts as in the Bundy case, as Plaintiff Michael Little is confident that **THE ACT** and the Nevada Revised Statutes: **NRS 328.210, NRS 328.220**, **NRS 328.340**, **NRS 328.360**, **NRS 328.370**, and **NRS 328.380**. are more than sufficient evidence to convince any reasonable person, let alone this Honorable Court to grant this MOTION FOR DECLARATORY AND INJUNCTIVE RELIEF, AND A CEASE-AND-DESIST & PROTECTIVE ORDER that will invalidate PRESIDENTIAL PROCLAMATION 10533 – Establishment of the *MONUMENT* and protect the Plaintiffs with the enjoyment of their non-federal lands within the alleged physical boundaries of the State of Nevada.

**PRAYER FOR RELIEF**

331. Wherefore Plaintiff's pray for the following relief.

332. A declaration, order and judgement holding that Defendants have repeatedly violated the Congressional mandate in: THE ACT.

333. A declaration, order and judgement holding that Defendants have repeatedly acted with malversion and in violation of their oaths of office to circumvent THE ACT.

334. An Order Compelling Defendants to recognize that the lands provided for within THE ACT are appropriated land that IS NOT owned by the United States.

335. An Order invalidating PRESIDENTIAL PROCLAMATION 10533 - Establishment of the *MONUMENT*.

336. An injunction requiring that before any police powers or enforcement actions be taken that the Defendants be required to provide to Plaintiffs a comprehensive list of each and every land transaction, by whatever means, through which their police powers and/or jurisdictional authority have been conducted.  Until that time the exercise of any police powers without which said authority, as juxtaposed against THE ACT, beginning in the year 1866 and going forward shall be considered UNLAWFUL and ULTRA VIRES.

337. An injunction requiring Defendants to cease and desist or nullify any charges or other executive actions against any said person(s) who has been or is contemplated of being charged federally or incarcerated as a result of alleged criminal violations resulting from illegal acts alleged to have been committed on alleged federal public lands which are located within THE ACT.

338. A CEASE-AND-DESIST ORDER to prevent the Defendants from continuing to violate the United States Constitution, Nevada's Enabling Act, the Separation of powers Doctrine

(exercised through the Executive Branch nullifying Congressional Acts and committing *ultra vires* acts under the alleged authority of the Antiquities Act) by continuing to exercise ownership, possession, control and false authority over the land provided for within THE ACT.

339. For Ten Trillion Dollars placed into a private Michael Little Educational trust fund to be created and used similarly to the NEVADA MILLENNIUM SCHOLARSHIP PROGRAM as compensation for the value of the assets and irreconcilable damages upon the People of Nevada by the Defendants beginning in 1946.

340. Ten Trillion Dollars placed in the People's State Bank and Land Recovery [PSBLR] a private equity trust account to be created to compensate and reimburse Nevadans equally for the value of the land of which they have been defrauded by the government and their elected officials and the banking industry. The purpose of this is to create a private equity trust account by which the usuary abuse on private mortgages may be removed and mortgages be placed in the PSBLR at a one percent mortgage cap. Thus, allowing the common people to actually enjoy the fruits of their hard work, as opposed to enriching politically connected special interests and corrupt politicians with what appears to be a standard 10% Washington D.C. kickback or even better yet inside trading tips.

341. A finding that "Fraud destroys the validity of everything into which it enters." ***Nudd v. Burrows***, 91 U.S. 426 (1875); That Fraud vitiates everything." ***Boyce v. Grundy***, 3 U.S. (Pet.) 210 (1830). And, issuing a PROTECTIVE ORDER directing that all federal agencies cease and desist the harassment and interaction with the Defendants upon the lands clearly described in THE ACT.

342. An award of all costs and/or attorney's fees pursuant to this complaint.

343. To declare all outstanding federal leases upon THE ACT lands null and void and to instruct the defendants to assign all of these federal leases currently in effect to Micheal Little.

344. And for such other and further relief that the court deems just and proper under the circumstances.

Aug 26, 2024

Respectfully submitted,

_____          _____
MICHAEL LITTLE, PRO SE                        RYAN BUNDY, PRO SE

### VERIFICATION

Under the penalties of perjury, I declare that I am the Petitioner named in the foregoing **COMPLAINT FOR: DECLARATORY AND INJUNCTIVE RELIEF, A CEASE-AND-DESIST ORDER AND A PROTECTIVE ORDER AND RATIFICATION AND VINDICATION OF THE UNITED STATES CONGRESSIONAL ACT OF 1866 JUXTAPOSED AGAINST THE ANTIQUITIES ACT OF 1906** and knows the contents thereof; that the pleading is true of my own knowledge, except as to those matters stated on information and belief, and that as to such matters I believe them to be true.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

DATED THIS _____ DAY OF AUGUST, 2024.


/s/ _____
MICHAEL LITTLE
Subscribed and affirmed before me
On this ___ day of August, 2024.


_____
Notary Public, in and for said County

103

**VERIFICATION**

Under the penalties of perjury, I declare that I am the Petitioner named in the foregoing **COMPLAINT FOR: DECLARATORY AND INJUNCTIVE RELIEF, A CEASE-AND-DESIST ORDER AND A PROTECTIVE ORDER AND RATIFICATION AND VINDICATION OF THE UNITED STATES CONGRESSIONAL ACT OF 1866 JUXTAPOSED AGAINST THE ANTIQUITIES ACT OF 1906** and knows the contents thereof; that the pleading is true of my own knowledge, except as to those matters stated on information and belief, and that as to such matters I believe them to be true.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

DATED THIS **26** DAY OF AUGUST, 2024.

/s/ 
RYAN BUNDY
Subscribed and affirmed before me
On this 26 day of AUGUST, 2024.

_____
Notary Public, in and for said County

Notary Public State of Nevada
Timothy C Fairse
My Commission Expires 3/12/2028
Appointment No. 24-8907-01