quadient
FIRST-CLASS MAIL
IMI
$000.97
09/06/2024 ZIP 89101
043M31229339

US POSTAGE

RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

FILED
ENTERED

SEP 09 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

MARSHAL'S SERVICE

0009/18/24

891 FE 1

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 89101706934  *0294-03028-18-3

quadient
FIRST-CLASS MAIL
IMI
$000.69
09/09/2024 ZIP 89101
043M31229339

US POSTAGE

Michael Little
10000 Cottonwood Cove Road
Little, NV 89046

NIXIE

RETURN TO SEN

NOT AT THIS ADD

89101>7069

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BLVD. SO. – RM 1334
LAS VEGAS, NV 89101

OFFICIAL BUSINESS

RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

FILED
ENTERED

SEP 20 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

## Commencement of an Action, Etc.

<u>2:24-cv-01647-JAD-BNW Little et al v. United States of America et al</u>

### United States District Court

### District of Nevada

## Notice of Electronic Filing

The following transaction was entered on 9/6/2024 at 9:33 AM PDT and filed on 9/5/2024
**Case Name:** Little et al v. United States of America et al
**Case Number:** <u>2:24-cv-01647-JAD-BNW</u>
**Filer:** Ryan Bundy
Michael Little
**Document Number:** <u>1</u>

**Docket Text:**
**COMPLAINT against Joseph Robinette Biden, Bureau Of Land Management, Bureau of Alcohol, Tobacco and Firearms, Department of Interior, Department of Justice, Federal Bureau Of Investigation, National Parks Service, United States of America (Filing fee $405 - Paid) by Ryan Bundy, Michael Little. Certificate of Interested Parties due by 9/15/2024. Proof of service due by 12/4/2024. (Attachments: # (1) Filing Fee Receipt (#200010924)) (RJDG)**


**2:24-cv-01647-JAD-BNW Notice has been electronically mailed to:**

**2:24-cv-01647-JAD-BNW Notice has been delivered by other means to:**

Michael Little
10000 Cottonwood Cove Road
Little, NV 89046

Ryan Bundy
361 Riverside Road
Mesquite, NV 89026

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=9/6/2024] [FileNumber=11655329-0
] [93c0869979cb9a71f29f7a9fdb76b4098ed682321c2fea80f1e72b9873530bd260b
9e8dbaaa37fd2bb4951e6bc1ad8c0352ea27fda0fd1546771f13e939bedc0]]
**Document description:** Filing Fee Receipt (#200010924)
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=9/6/2024] [FileNumber=11655329-1
] [3569937a15a89fe7308861bb2683c0f51cec42e7c60116f14c85edfeb3f423d148b
10299b55ef2ee7f34d55c1e4d2b93a434963a26bd7a5a153e6fcebfd16042]]