# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL LITTLE, et al., <br>     Plaintiff(s), <br> v. <br> UNITED STATES OF AMERICA, <br>     Defendant(s). | Case No. 2:24-cv-01647-JAD-NJK <br><br> **ORDER** |

It appears that Plaintiff Michael Little has failed to update his address. *See* Docket No. 6 (mail returned as undeliverable). "A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address." *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988); *see also in re Hammer*, 940 F.2d 524, 526 (9th Cir. 1991). To that end, the local rules require that litigants immediately file with the Court written notification of any change of address, and expressly warn that failure to do so may result in case-dispositive sanctions. *See* Local Rule IA 3-1.

Accordingly, Plaintiff Michael Little is hereby **ORDERED** to file a notice of changed address by October 14, 2024. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DISMISSAL.**

IT IS SO ORDERED.

Dated: September 23, 2024

                                                                                                                                       _____
                                                                                                                                        Nancy J. Koppe <br>
                                                                                                                                        United States Magistrate Judge